AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERKS OFFICE
2005 JAN 21 P 1: 28
U.S. DISTRICT COURT
DISTRICT OF MASS

Steven McDermott

v.

Federal Express Corp.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12253 MLW

TO: (Name and address of Defendant)

Federal Express Corporation
3610 Hacks Cross Road
Memphis TN 38125

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph M. Mahaney, Esq., 2 Pleasant Street, S. Natick, MA 01760.

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  OCT 26 2004

AO 440 (Rev. 8/01) Summons in a Civil Action



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

January 13, 2005

I hereby certify and return that on 1/10/2005 at 3:35PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Allison Liberto, process clerk and agent in charge of CT Corp. and its agent at the time of service, for Federal Express Corporation, at , C/O CT Corporation System, 101 Federal Street Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff  John Cotter

_____
Deputy Sheriff

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.