UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN McDERMOTT,<br>　　Plaintiff,<br><br>vs.<br><br>FEDEX GROUND PACKAGE<br>SYSTEMS, INC.,<br>　　Defendant. | Civil Action No.: 04-CV-12253 |

## DEFENDANT, FEDEX GROUND PACAKAGE SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, FedEx Ground Package System, Inc., discloses that its parent company is FedEx Corporation.

FedEx Ground Package System, Inc., further discloses that no publicly traded company owns more than 10% of the shares of FedEx Ground Package System, Inc.

**FEDEX GROUND PACKAGE SYSTEMS, INC.**
By its Attorneys,

/s/ James M. Campbell
James M. Campbell (BBO# 541882)
Anthony J. Sbarra, Jr. (BBO# 552461)
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I, James M. Campbell, certify that on February 18, 2005, I electronically filed the foregoing document and this certificate of service with the Clerk of the Court using the CM/ECF system. I hereby further certify that on February 18, 2005, I served a copy of the foregoing document my mailing a copy of same, postage prepaid, to all counsel of record:

/s/   James M. Campbell
James M. Campbell