UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN McDERMOTT,<br>    Plaintiff,<br><br>vs.<br><br>FEDEX GROUND PACKAGE<br>SYSTEMS, INC.,<br>    Defendant. | Civil Action No.: 04-CV-12253 |

## NOTICE OF APPEARANCE

Please enter the appearance of James M. Campbell of the law firm of Campbell Campbell Edwards & Conroy, P.C. as counsel for Defendant Fedex Ground Package Systems, Inc. in the above-captioned matter.

                                              **FEDEX GROUND PACKAGE SYSTEMS, INC.**
                                              **By its Attorneys,**

                                              /s/ James M. Campbell
                                              James M. Campbell (BBO# 541882)
                                              Anthony J. Sbarra, Jr. (BBO# 552461)
                                              Campbell Campbell Edwards & Conroy, P.C.
                                              One Constitution Plaza
                                              Boston, MA 02129
                                              (617) 241-3000