UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN McDERMOTT,<br>    Plaintiff,<br><br>vs.<br><br>FEDEX GROUND PACKAGE<br>SYSTEMS, INC.,<br>    Defendant. | Civil Action No.: 04-CV-12253 |

NOTICE OF APPEARANCE

Please enter the appearance of Anthony J. Sbarra, Jr. of the law firm of Campbell Campbell Edwards & Conroy, P.C. as counsel for Defendant Fedex Ground Package Systems, Inc. in the above-captioned matter.

**FEDEX GROUND PACKAGE SYSTEMS, INC.
By its Attorneys,**

 /s/ Anthony J. Sbarra, Jr.
James M. Campbell (BBO# 541882)
Anthony J. Sbarra, Jr. (BBO# 552461)
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

Dated: December 6, 2005