UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
************************************
STEVEN MCDERMOTT,                  *
        Plaintiff                  *
                                   *       NOTICE OF TAKING DEPOSITION
vs.                                *
                                   *
FED EX GROUND SYSTEMS, INC.,       *
        Defendant                  *
************************************
```

To:  Anthony J. Sbarra, Jr., Esq.
     CAMPBELL, CAMPBELL, EDWARDS & CONROY
     One Constitution Plaza, Third Floor
     Boston, MA   02129

_____Please take notice that at 10:00 a.m. on Wednesday, April 19, 2006, at Goguen, McLaughlin, Richards & Mahaney, LLP, 2 Pleasant Street, South Natick, Massachusetts, the plaintiff in this action, by his attorney, will take the deposition upon oral examination of TIMOTHY PRUITT, pursuant to the applicable provisions of the Rules of Civil Procedure before a notary public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

                                        Respectfully submitted,
                                        Plaintiff,
                                        STEVEN MCDERMOTT,
                                        By his attorney.


                                        _____
                                        Joseph M. Mahaney
                                        Goguen, McLaughlin, Richards & Mahaney, PC
                                        2 Pleasant Street
                                        South Natick, MA   01760
                                        508-651-1000
                                        BBO #: 549042