UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN McDERMOTT,
Plaintiff,

vs.

FED EX GROUND SYSTEMS, INC.,
Defendant.

Civil Action No.: 04-CV-12253

## FED EX GROUND'S LOCAL RULE 16.1 STATEMENT

Fed Ex Ground Systems, Inc., hereby confirm that clients and counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

Fed Ex Ground Systems, Inc
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

James M. Campbell/BBO # 541882
Anthony J. Sbarra Jr./BBO # 552461
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

Fed Ex Ground Systems, Inc.
By its Authorized Representatives,

Thomas Dittoe

Thomas P. Dittoe
Manager
Liability Claims


Ground

3925 Embassy Parkway
Akron, OH 44333
PO Box 5459
Akron, OH 44334-0459
Telephone 330-665-8504
Fax 330-665-8522

** TOTAL PAGE.02 **