UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12253

| | |
|---|---|
| STEVEN McDERMOTT,<br><br>STACEY McDERMOTT,<br><br>     Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE<br>SYSTEMS, INC.,<br><br>T.S. PRUITT,<br>     Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FEDEX GROUND PACKAGE SYSTEMS, INC.'S
MOTION TO TRANSFER VENUE**

Fedex Ground Package Systems, Inc. ("Fedex"), pursuant to 28 U.S.C. §1404(a), moves for an Order transferring this case from the United States District Court for the District of Massachusetts to the United States District Court for the Middle District of Pennsylvania. In support of its motion, Fedex states the following:

This negligence action arises out of an alleged incident involving numerous trucks on Interstate Route 84 in Pike County, Pennsylvania. This action could originally have been brought in the United States District Court for the Middle District of Pennsylvania. A number of important fact witnesses reside in Pennsylvania. The only connection this case has with Massachusetts is that the Plaintiff resides in Massachusetts.

**Wherefore**, for the above reasons, Fedex requests an Order transferring this case from the United States District Court for the District of Massachusetts to the United States District Court for the Middle District of Pennsylvania.

Fedex also relies on it Memorandum in Support of its Motion to Transfer Venue including the Affidavit of Adam A. Larson.

Pursuant to Local Rule 7.1(A)(2), counsel for both parties conferred on April 24, 2006 by telephone and were unable to resolve the issues raised in this motion.

>FEDEX GROUND PACKAGE SYSTEMS, INC.
>
>By Their Attorneys,
>CAMPBELL CAMPBELL EDWARDS &
>CONROY PROFESSIONAL CORPORATION
>
>/s/ Adam A. Larson
>_____
>Adam A. Larson (BBO #632634)
>James M. Campbell (BBO #541882)
>One Constitution Plaza
>Boston, Massachusetts 02129
>(617) 241-3000

## CERTIFICATE OF SERVICE

I, Adam A. Larson, certify that on April 24, 2006 a true copy of the above was sent electronically and by first class mail to:

Joseph M. Mahaney, Esq.
Goguen, McLaughlin, Richards & Mahaney, P.C.
The Harrier Beecher Stowe House
2 Pleasant Street
South Natick, MA 01760

>/s/ Adam A. Larson
>_____
>Adam A. Larson

2