UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Steven Mc Dermott

APPENDIX A

v.

CASE NO. 04-CV-12253

FedEx Ground Package Systems, Inc.
and Mr. Pruitt

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Exhibits A-D
Memorandum in Support of FedEx Ground Package Systems, Inc.'s Motion to Transfer Venue

The original documents are maintained in the case file in the Clerk's Office.

4/24/06
Date

FedEx Ground Package Systems, Inc.
Attorney for

Campbell Campbell Edwards & Conroy
One Constitution Plaza
Boston, MA 02129
617-241-3000

Page 13