UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN McDERMOTT,

and

STACEY McDERMOTT,
      Plaintiffs

vs.

FEDEX GROUND PACKAGE SYSTEMS, INC.

and

T.S. PRUITT
      Defendants

### PLAINTIFFS ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS MOTION TO TRANSFER OF VENUE

Now comes the Plaintiff and hereby moves this Honorable Court, with the assent of the Defendants, to extend Plaintiffs time to respond to the Defendant Motion for Transfer of Venue, to Monday, May 22, 2006.

/s/ Joseph M. Mahaney

Joseph M. Mahaney, Esquire
Goguen, McLaughlin, Richards &
Mahaney, LLP
Two Pleasant Street
South Natick, MA 01760
508/651-1000

/s/ Adam A. Larson

Adam A. Larson, Esquire
Campbell, Campbell, Edwards,
One Constitution Plaza
Third Floor
Boston, MA 02129
617/241-3000

dated: May 8, 2006