# GOGUEN, MCLAUGHLIN, RICHARDS & MAHANEY, LLP

THEODORE H. GOGUEN, JR.
JAMES A. MCLAUGHLIN
GEORGE L. RICHARDS III
JOSEPH M. MAHANEY
RICHARD C. BILLER
J. DANIEL WOODYSHEK

THE HARRIET BEECHER STOWE HOUSE
2 PLEASANT STREET ← SOUTH NATICK ← MASSACHUSETTS 01760

TELEPHONE (508) 651-1000

FACSIMILE (508) 651-1128

September 6, 2005

Mrs. J. Fosbrink
476 Dunbar Ohiopyle Road
Dunbar, PA 15431-2510

Dear Mrs. Fosbrink,

Thank you for returning my call this afternoon.

Just to reassure you, I am not looking for a deposition or testimony at trial from your husband. I know his present condition would not allow that.

If I could take a statement from him at some time in the near future it would be extremely beneficial.

My client, Steven McDermott, is permanently disabled and has had two back operations resulting from the accident. It only recently came to light that FedEx, the truck that hit my client, is claiming that my client was not in his truck at the time of impact. My client tells me the only person who can state that he was in his truck at the time of impact is your husband.

The position that FedEx is taking is not unusual. If I cannot prove my client was in the vehicle at the time of impact, he could be without compensation. My client is and will be permanently out of work as a result of this accident. He has four children, all under fifteen years of age.

I would like very much to hear from you. I know this is a big favor to ask in light of your present situation. Thank you so much for your time with this matter.

Very truly yours,

Joseph M. Mahaney

AN ASSOCIATION OF INDEPENDENT ATTORNEYS