**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION



ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

ADAM A. LARSON
(617) 241-3036
alarson@campbell-trial-lawyers.com

June 23, 2006

**Via Facsimile and Regular Mail**

Joseph M. Mahaney, Esq.
Goguen, McLaughlin, Richards & Mahaney, P.C.
The Harrier Beecher Stowe House
2 Pleasant Street
South Natick, MA  01760

Re:  **Steven McDermott vs. FedEx Ground and Mr. Pruitt**
     **U.S.D.C. District of Massachusetts C.A. No.: 04-CV-12253**

Dear Joe:

I am in receipt of the Summons and Amended Complaint served on FedEx Ground Package Systems, Inc. ("FedEx") in the above-referenced matter. FedEx has already filed its answer to the Amended Complaint back on April 21, 2006. I have already served you with a copy but please let me know if you need another one.

Thank you.

Very truly yours,

Adam A. Larson

AAL:sct
Enclosure(s)
cc:   James M. Campbell, Esq.
      Clerk of the Civil Court