℈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _Massachusetts_

## APPEARANCE

Case Number: 04 - CV - 12253

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  the Defendants
FED EX GROUND PACKAGE SYSTEMS, INC.
and
T.S. PRUITT

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date: July 10, 2006 | Signature: _[signature]_ |
| | Print Name: Michael R. Brown    Bar Number: 664239 |
| FILED In Open Court USDC, Mass. Date 7/10/06 By _[signature]_ Deputy Clerk | Address: 1 Constitution Plaza |
| | City: Boston    State: MA    Zip Code: 02129 |
| | Phone Number: (617) 241-3000    Fax Number: (617) 241-5115 |