AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

STEVEN McDERMOTT, ET AL

V.

FEDEX GROUND PACKAGE SYS
ET AL

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04-12253 JLA**

TO: (Name and address of Defendant)

T.S. PRUITT
373 HIGHWAY 30 EAST   LAFAYETTE COUNTY
OXFORD, MISSISSIPPI

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph M. Mahaney, Esq
2 Pleasant Street
South Natick, MA 01760

an answer to the complaint which is herewith served upon you, within (20) Twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  7-26-06

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]  DATE 7-17-06

NAME OF SERVER (PRINT) Ricky Wilson   TITLE Deputy US Marshal N/MS

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

TRAVEL 11.00   SERVICES 45.00   TOTAL $56.00

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-17-06
Date
Signature of Server

Address of Server: USMS Oxford, MS

Served to TS Pruitt @ 369 Hwy 30 East, Oxford, MS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.