**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION



ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

ADAM A. LARSON
(617) 241-3036
alarson@campbell-trial-lawyers.com

September 29, 2006

Joseph M. Mahaney, Esq.
Goguen, McLaughlin, Richards & Mahaney, P.C.
The Harrier Beecher Stowe House
2 Pleasant Street
South Natick, MA  01760

Re:   Steven McDermott et al. vs. FedEx Ground Package System, Inc. et al.
      <u>U.S.D.C. District of Massachusetts C.A. No.: 1:04-CV-12253-JLA</u>

Dear Joe:

This will confirm that we have provided you on August 9, 2006 with a HIPAA release for Dr. Krishna Nirmel's records for your client's signature. As of today, we have not received the signed HIPAA release.

Also, enclosed please find HIPAA releases for the following providers, which have refused to release plaintiff's medical records unless provided with a signed HIPAA release:

1. Herbert Cares, M.D.;
2. Surgical Neurology;
3. Nancy Altman; and
4. Wayside Metrowest Counseling Center.

Please forward the signed releases to my attention at your earliest convenience as it takes time to obtain the records.

If we do not receive the signed releases within one week, we will file a motion for a Court Order to obtain one.

Thank you.

Very truly yours,

Adam Larson
Adam A. Larson

/ir
Enc.
cc:   Michael Brown, Esq.

 

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

1. I hereby authorize _____Krishna N. Nirmel, M.D._____ to use or disclose the
   (Name of hospital/physician)
   following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

2. Patient Name:        Steven McDermott
   Date of Birth:
   Social Security #:
   Address:             175 Mechanic Street
                        Bellingham, MA 02019

3. Information to be disclosed to:  Campbell Campbell Edwards & Conroy, P.C.
                                    Name
   1 Constitution Plaza                    Boston              MA              02129
   Address                                 City                State           Zip

4. Disclose the following information for treatment dates:   1995 to Present
   (circle appropriate categories)

   X Complete Records          X X-Ray
   X Abstract                  X Laboratory
   X Face Sheet                X Pathology
   X Discharge Summary         X Physical Therapy
   X History and Physical      X Emergency Reports
   X Consult                   X Psychotherapy Records
   X Outpatient Reports        X Other specified  *All radiology films

5. The above information is disclosed for the following purposes: (circle appropriate categories)

   Medical Care   Legal   Insurance   Personal   At request of the individual   Other _____

6. I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires upon termination of the litigation.

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____        10. _____
   Signature of Patient or Legal Representative    Date

   Steven McDermott                          11. _____
   Printed name of patient                       Relationship to patient or
   or patient's representative                   authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED INVALID UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

1. I hereby authorize _____ Herbert Cares, M.D. _____ to use or disclose the
   (Name of hospital/physician)
   following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

2. Patient Name:       Steven McDermott
   Date of Birth:
   Social Security #:
   Address:            175 Mechanic Street
                       Bellingham, MA 02019

3. Information to be disclosed to:   Campbell Campbell Edwards & Conroy, P.C.
                                     Name
   1 Constitution Plaza                    Boston           MA          02129
   Address                                 City             State       Zip

4. Disclose the following information for treatment dates:   1995 to Present
   (circle appropriate categories)

   X Complete Records        X X-Ray
   X Abstract                X Laboratory
   X Face Sheet              X Pathology
   X Discharge Summary       X Physical Therapy
   X History and Physical    X Emergency Reports
   X Consult                 X Psychotherapy Records
   X Outpatient Reports      X Other specified   *All radiology films*

5. The above information is disclosed for the following purposes: (circle appropriate categories)

   Medical Care    Legal    Insurance    Personal    At request of the individual    Other _____

6. I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires upon termination of the litigation.

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____    10. _____
   Signature of Patient or Legal Representative      Date

   Steven McDermott                              11. _____
   Printed name of patient                           Relationship to patient or
   or patient's representative                       authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED INVALID UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

1. I hereby authorize_____Surgical Neurology_____to use or disclose the
    (Name of hospital/physician)
   following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

2. Patient Name:        Steven McDermott
   Date of Birth:       ███
   Social Security #:   ███
   Address:             175 Mechanic Street
                        Bellingham, MA 02019

3. Information to be disclosed to:   Campbell Campbell Edwards & Conroy, P.C.
                                     Name
   1 Constitution Plaza                    Boston               MA            02129
   Address                                 City                 State         Zip

4. Disclose the following information for treatment dates:   1995 to Present
   (circle appropriate categories)

   X Complete Records          X X-Ray
   X Abstract                  X Laboratory
   X Face Sheet                X Pathology
   X Discharge Summary         X Physical Therapy
   X History and Physical      X Emergency Reports
   X Consult                   X Psychotherapy Records
   X Outpatient Reports        X Other specified  *All radiology films

5. The above information is disclosed for the following purposes: (circle appropriate categories)

   Medical Care   Legal   Insurance   Personal   At request of the individual   Other _____

6. I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires upon termination of the litigation.

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____   10. _____
   Signature of Patient or Legal Representative      Date

   Steven McDermott                              11. _____
   Printed name of patient                            Relationship to patient or
   or patient's representative                        authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED INVALID UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

1. I hereby authorize _____Nancy Altman_____ to use or disclose the
   (Name of hospital/physician)
   following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

2. Patient Name:        Steven McDermott
   Date of Birth:
   Social Security #:
   Address:             175 Mechanic Street
                        Bellingham, MA 02019

3. Information to be disclosed to:   Campbell Campbell Edwards & Conroy, P.C.
                                     Name
   1 Constitution Plaza              Boston              MA          02129
   Address                           City                State       Zip

4. Disclose the following information for treatment dates:    1995 to Present
   (circle appropriate categories)

   X Complete Records          X X-Ray
   X Abstract                  X Laboratory
   X Face Sheet                X Pathology
   X Discharge Summary         X Physical Therapy
   X History and Physical      X Emergency Reports
   X Consult                   X Psychotherapy Records
   X Outpatient Reports        X Other specified   *All radiology films*

5. The above information is disclosed for the following purposes: (circle appropriate categories)

   Medical Care   Legal   Insurance   Personal   At request of the individual   Other _____

6. I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires upon termination of the litigation.

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____       10. _____
   Signature of Patient or Legal Representative      Date

   Steven McDermott                      11. _____
   Printed name of patient                    Relationship to patient or
   or patient's representative                authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED INVALID UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

1. I hereby authorize_____Wayside Metrowest Counseling Center_____to use or disclose the
    (Name of hospital/physician)
   following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

2. Patient Name:        Steven McDermott
   Date of Birth:
   Social Security #:
   Address:             175 Mechanic Street
                        Bellingham, MA 02019

3. Information to be disclosed to:   Campbell Campbell Edwards & Conroy, P.C.
                                     Name
   1 Constitution Plaza                Boston              MA              02129
   Address                             City                State           Zip

4. Disclose the following information for treatment dates:   1995 to Present
   (circle appropriate categories)

   X Complete Records           X X-Ray
   X Abstract                   X Laboratory
   X Face Sheet                 X Pathology
   X Discharge Summary          X Physical Therapy
   X History and Physical       X Emergency Reports
   X Consult                    X Psychotherapy Records
   X Outpatient Reports         X Other specified   *All radiology films*

5. The above information is disclosed for the following purposes: (circle appropriate categories)

   Medical Care    Legal    Insurance    Personal    At request of the individual    Other _____

6. I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires upon termination of the litigation.

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____    10. _____
   Signature of Patient or Legal Representative    Date

   Steven McDermott                         11. _____
   Printed name of patient                      Relationship to patient or
   or patient's representative                  authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED INVALID UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**