B-3

# Newport Alliance
Borden-Carey Building #G-40
19 Friendship Street
Newport, RI  02840
800-223-2133
Tax ID: 05-0258914

March 4, 2003

I N V O I C E

For:
Arlene V Reed                              Truckadyne Trans. Service Inc.
Truckadyne Trans. Service Inc.
25 Miscoe Road
PO Box 15
Mendon MA  01756

INVOICE #        24656

| Date of Service | Description | Qty | Amount |
|---|---|---|---|
| Steven McDermott | SSN: 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 | | |
| 02/08/03 | Post-Accident Nida Drug Test | 1.00 | 55.00 |
| 02/08/03 | Post Accident Alcohol Breathalyzer Test | 1.00 | 30.00 |
| | Subtotal | | 85.00 |
| | Total Charges: | | 85.00 |
| | Total due: | | 85.00 |

Please remit 85.00 to:        NEWPORT HOSPITAL

Mail to:    **The NEWPORT ALLIANCE**
a Division of Newport Hospital
19 Friendship Street #G-40
Newport, R.I.  02840

PLEASE PLACE INVOICE NUMBER 24656 ON CHECK