```
 1                                      Volume I
                                        Pages 1-40
 2                                      Exhibits 1

 3              UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
 4
        - - - - - - - - - - - - - - - - -x
 5      ARLENE REED, STEVEN McDERMOTT    :
        and STACEY McDERMOTT,            :
 6                                       :
                  Plaintiffs,            :
 7                                       :
                     Vs.                 :    Civil Action
 8                                       :    No. 04CV-12253
                                         :    MLW
 9      FEDEX GROUND PACKAGING           :
        SYSTEMS, INC., and T.S. PRUITT,  :
10                                       :
                  Defendants.            :
11      - - - - - - - - - - - - - - - - -x

12

13

14          DEPOSITION OF ARLENE REED, a witness called
        on behalf of the Defendant, taken pursuant to the
15      Federal Rules of Civil Procedure, before Melvin
        Gross, Registered Professional Reporter and Notary
16      Public in and for the Commonwealth of Massachusetts,
        at the Law Offices of Joseph A. Antonellis, 280
17      Main Street, Milford, Massachusetts  01757 on
        Wednesday, November 15, 2006, commencing at 2:00
18      p.m.

19

20

21

22

23

24
```

1    Q.    Prior to the accident, did Steven McDermott

2    have any other accidents while working for

3    Truckadyne?

4    A.    Not that I know of, no.

5    Q.    Did he ever receive any speeding tickets,

6    or...

7    A.    Not that I know of.

8    Q.    Do you know if he was ever disciplined for

9    any reason by your company?

10    A.    No.

11    Q.    Did he receive any training?

12    A.    No.  With the new CDL licenses, we are not

13    required to train anymore.

14    Q.    So he had already received some training in

15    whatever standards were applicable?

16    A.    Yes.

17    Q.    If you turn two pages past the one we were

18    just looking at -- the last page we were looking at

19    was the "Examination Report," two pages past that is

20    a document whose title is, "Newport Alliance."

21    A.    Yes.

22    Q.    Can you tell me if you recognize this

23    document?

24    A.    Yes, I do.

1       Q.    Can you tell me what it is?

2       A.    You are required, if there is an accident

3   when a vehicle is towed, or there's an injury, you

4   have to have a post-accident drug screen.  That's

5   Department of Transportation law.  And he had it

6   done within the twenty-four-hour period.

7       Q.    And what is this document here?

8       A.    It's just saying that he was tested.  This

9   is a copy of the invoice stating that he had the

10  drug and alcohol test done.

11      Q.    Do you know where he had the drug test

12  done?

13      A.    You know, I don't know if he had it done in

14  Rhode Island, or if he had it done in Pennsylvania.

15  Because sometimes you have them done and then they

16  go to another hospital for analysis.  So, I'm not

17  sure.  I think he had it done in Pennsylvania before

18  he came home.  But I'm not sure.

19      Q.    Just because it's not in here, would you

20  happen to know what the results of the tests were?

21      A.    He was negative on both.

22      Q.    And then finally, this is probably the last

23  page I'm going to ask you about on this and then

24  I'll move on, it's three pages later.  There's