UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEVEN McDERMOTT, <br> STACEY MCDERMOTT <br>     Plaintiffs, <br><br> vs. <br><br> FED EX GROUND PACKAGE <br> SYSTEMS, INC., <br>     Defendant <br><br> and <br><br> T.S. PRUITT, <br>     Defendant. | Civil Action No.:  04-CV-12253 |

## ORDER FOR NEWPORT ALLIANCE/NEWPORT HOSPTIAL TO RELEASE MATERIALS REQUESTED IN DEFENDANTS' SUBPOENA

IT IS ORDERED THIS _____ day of _____, _____ that:

Newport Alliance/Newport Hospital is required to release to the Defendants medical records and information requested in the Defendants' subpoena dated November 11, 2006. Specifically, Newport Alliance/Newport Hospital should produce the following:

All of the following documents relative to Steven McDermott, 175 Mechanic Street, Bellingham, MA 02019, DOB: 01/24/65, SSN: 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. Such documents shall include:

    1.    Any and all records pertaining to Steven McDermott, including but not limited to: all emergency room records; all admission and discharge summaries; all face sheets; all patient histories; all reports of physical examinations; all reports of neurological examinations; all reports of psychological and/or psychiatric examinations; all progress notes and social services notes; all rehabilitation notes and reports; all reports of consultation; all reports of operations; all anesthesiology notes and reports; all doctor's orders; all nurse's notes; all radiology reports; all EEG and EKG print-outs; all pathology reports; all laboratory reports and lab

slips; all order sheets and medication records; and all photographs.

2. All bills, invoices and statements for services rendered to Steven McDermott.

3. All toxicology screens and tests performed on Steven McDermott.

4. All records relating to Steven McDermott and your treatment of him.

_____
Justice of the Court: