# EXHIBIT. C

**WAYSIDE COMMUNITY COUNSELING CENTER**
**10 ASYLUM STREET**
**MILFORD, MA 0175**
**508-478-6888**

September 28, 2006

Campbell, Campbell, Edwards and Conroy
One Constitution Plaza
Boston, MA 02129

Attention: Inga:

Dear Inga:

I am responding to your telephone call regarding clinical records for Stephen McDermott. Please be advised that it is Wayside's policy that in order to disclose private clinical records, a subpoena signed by a judge must be received.

If you have any questions, please feel free to contact me.

Sincerely,

Nancy Altman, LICSW