# EXHIBIT. D

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION



ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

ADAM A. LARSON
(617) 241-3036
alarson@campbell-trial-lawyers.com

September 29, 2006

Joseph M. Mahaney, Esq.
Goguen, McLaughlin, Richards & Mahaney, P.C.
The Harrier Beecher Stowe House
2 Pleasant Street
South Natick, MA  01760

    Re:    **Steven McDermott et al. vs. FedEx Ground Package System, Inc. et al.**
            **U.S.D.C. District of Massachusetts C.A. No.: 1:04-CV-12253-JLA**

Dear Joe:

    This will confirm that we have provided you on August 9, 2006 with a HIPAA release for Dr. Krishna Nirmel's records for your client's signature. As of today, we have not received the signed HIPAA release.

    Also, enclosed please find HIPAA releases for the following providers, which have refused to release plaintiff's medical records unless provided with a signed HIPAA release:

    1.    Herbert Cares, M.D.;
    2.    Surgical Neurology;
    3.    Nancy Altman; and
    4.    Wayside Metrowest Counseling Center.

    Please forward the signed releases to my attention at your earliest convenience as it takes time to obtain the records.

    If we do not receive the signed releases within one week, we will file a motion for a Court Order to obtain one.

    Thank you.

                                  Very truly yours,

                                  Adam A. Larson

/ir
Enc.
cc:    Michael Brown, Esq.

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

1. I hereby authorize _____ Krishna N. Nirmel, M.D. _____ to use or disclose the
   (Name of hospital/physician)
   following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

2. Patient Name:        Steven McDermott
   Date of Birth:
   Social Security #:
   Address:             175 Mechanic Street
                        Bellingham, MA 02019

3. Information to be disclosed to:   Campbell Campbell Edwards & Conroy, P.C.
                                     Name
   1 Constitution Plaza              Boston           MA            02129
   Address                           City             State         Zip

4. Disclose the following information for treatment dates:    1995 to Present
   (circle appropriate categories)

   X Complete Records          X X-Ray
   X Abstract                  X Laboratory
   X Face Sheet                X Pathology
   X Discharge Summary         X Physical Therapy
   X History and Physical      X Emergency Reports
   X Consult                   X Psychotherapy Records
   X Outpatient Reports        X Other specified  *All radiology films*

5. The above information is disclosed for the following purposes: (circle appropriate categories)

   Medical Care   Legal   Insurance   Personal   At request of the individual   Other _____

6. I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires upon termination of the litigation.

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____       10. _____
   Signature of Patient or Legal Representative    Date

   Steven McDermott                      11. _____
   Printed name of patient                   Relationship to patient or
   or patient's representative               authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED INVALID UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

1. I hereby authorize _____Herbert Cares, M.D._____ to use or disclose the
   (Name of hospital/physician)
   following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

2. Patient Name:          Steven McDermott
   Date of Birth:          ███
   Social Security #:      ███
   Address:               175 Mechanic Street
                          Bellingham, MA 02019

3. Information to be disclosed to:   Campbell Campbell Edwards & Conroy, P.C.
                                      Name
   1 Constitution Plaza                  Boston              MA          02129
   Address                               City                State       Zip

4. Disclose the following information for treatment dates:   1995 to Present
   (circle appropriate categories)

   | X Complete Records | X X-Ray |
   | X Abstract | X Laboratory |
   | X Face Sheet | X Pathology |
   | X Discharge Summary | X Physical Therapy |
   | X History and Physical | X Emergency Reports |
   | X Consult | X Psychotherapy Records |
   | X Outpatient Reports | X Other specified  *All radiology films* |

5. The above information is disclosed for the following purposes: (circle appropriate categories)

   Medical Care    Legal    Insurance    Personal    At request of the individual    Other _____

6. I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires upon termination of the litigation.

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____   10. _____
   Signature of Patient or Legal Representative      Date

   Steven McDermott                               11. _____
   Printed name of patient                              Relationship to patient or
   or patient's representative                          authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED INVALID UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

1. I hereby authorize_____Surgical Neurology_____to use or disclose the
            (Name of hospital/physician)
   following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

2. Patient Name:        Steven McDermott
   Date of Birth:
   Social Security #:
   Address:             175 Mechanic Street
                        Bellingham, MA 02019

3. Information to be disclosed to:    Campbell Campbell Edwards & Conroy, P.C.
                                      Name
   1 Constitution Plaza                      Boston              MA           02129
   Address                                   City                State        Zip

4. Disclose the following information for treatment dates:    1995 to Present
   (circle appropriate categories)

   X Complete Records          X X-Ray
   X Abstract                  X Laboratory
   X Face Sheet                X Pathology
   X Discharge Summary         X Physical Therapy
   X History and Physical      X Emergency Reports
   X Consult                   X Psychotherapy Records
   X Outpatient Reports        X Other specified   *All radiology films*

5. The above information is disclosed for the following purposes: (circle appropriate categories)

   Medical Care    Legal    Insurance    Personal    At request of the individual    Other _____

6. I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires upon termination of the litigation.

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____    10. _____
   Signature of Patient or Legal Representative    Date

   Steven McDermott_____       11. _____
   Printed name of patient                      Relationship to patient or
   or patient's representative                  authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED INVALID UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

1. I hereby authorize _____Nancy Altman_____ to use or disclose the
   (Name of hospital/physician)
   following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

2. Patient Name:     Steven McDermott
   Date of Birth:    ▉▉▉▉▉▉▉
   Social Security #: ▉▉▉▉▉▉▉
   Address:         175 Mechanic Street
                    Bellingham, MA 02019

3. Information to be disclosed to:    Campbell Campbell Edwards & Conroy, P.C.
                                      Name
   1 Constitution Plaza                  Boston             MA           02129
   Address                               City               State        Zip

4. Disclose the following information for treatment dates:    1995 to Present
   (circle appropriate categories)

   X ~~Complete Records~~           X ~~X-Ray~~
   X Abstract                       X Laboratory
   X Face Sheet                     X Pathology
   X Discharge Summary              X Physical Therapy
   X History and Physical           X Emergency Reports
   X Consult                        X Psychotherapy Records
   X Outpatient Reports             X Other specified   *All radiology films

5. The above information is disclosed for the following purposes: (circle appropriate categories)

   Medical Care    Legal    Insurance    Personal    At request of the individual    Other _____

6. I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires upon termination of the litigation.

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____          10. _____
   Signature of Patient or Legal Representative     Date

   Steven McDermott                          11. _____
   Printed name of patient                        Relationship to patient or
   or patient's representative                    authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED INVALID UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

1. I hereby authorize_____Wayside Metrowest Counseling Center_____to use or disclose the
   (Name of hospital/physician)
   following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

2. Patient Name:     Steven McDermott
   Date of Birth:
   Social Security #:
   Address:          175 Mechanic Street
                     Bellingham, MA 02019

3. Information to be disclosed to:    Campbell Campbell Edwards & Conroy, P.C.
                                      Name
   1 Constitution Plaza                Boston                MA           02129
   Address                             City                  State        Zip

4. Disclose the following information for treatment dates:    1995 to Present
   (circle appropriate categories)

   X Complete Records          X X-Ray
   X Abstract                  X Laboratory
   X Face Sheet                X Pathology
   X Discharge Summary         X Physical Therapy
   X History and Physical      X Emergency Reports
   X Consult                   X Psychotherapy Records
   X Outpatient Reports        X Other specified   *All radiology films*

5. The above information is disclosed for the following purposes: (circle appropriate categories)

   Medical Care   Legal   Insurance   Personal   At request of the individual   Other _____

6. I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires upon termination of the litigation.

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____    10. _____
   Signature of Patient or Legal Representative    Date

   Steven McDermott_____    11. _____
   Printed name of patient              Relationship to patient or
   or patient's representative          authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED INVALID UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**

# CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION



ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

MICHAEL R. BROWN
(617) 241-3041

November 3, 2006

**Via Facsimile and First Class Mail**
Joseph M. Mahaney, Esq.
Goguen, McLaughlin, Richards & Mahaney, P.C.
The Harrier Beecher Stowe House
2 Pleasant Street
South Natick, MA 01760

Re: **Steven McDermott vs. FedEx Ground and Mr. Pruitt**
**U.S.D.C. District of Massachusetts C.A. No.: 04-CV-12253**

Dear Joe:

In follow-up to our conversation this afternoon, please find enclosed the following releases:

1. Herbert Cares, M.D.
2. Surgical Neurology;
3. Nancy Altman;
4. Wayside Metrowest Counseling Center;
5. Krishna Nirmel, M.D.; and
6. Social Security Administration.

Please provide signed releases at your earliest convenience. In addition, I understand that you will provide me with all outstanding discovery responses by Monday, November 6. Pursuant to our conversation, I will file a Motion to Compel the responses if you cannot provide them to me by that date.

As we further discussed, you intend to file your Amended Complaint by Monday or Tuesday, November 7, 2006. Please provide this office with the Amended Complaint prior to filing it with the court. Thank you. Please let me know if you have any questions.

Very truly yours,

Michael R. Brown

MRB
Enclosures
cc: James M. Campbell, Esquire
    Adam A. Larson, Esquire

```
        *********************
        ***   TX REPORT    ***
        *********************

        TRANSMISSION OK

        TX/RX NO              1814
        RECIPIENT ADDRESS     915086511128#7603
        DESTINATION ID
        ST. TIME              11/03 17:09
        TIME USE              02'51
        PAGES SENT            10
        RESULT                OK
```

# CAMPBELL CAMPBELL EDWARDS & CONROY
## PROFESSIONAL CORPORATION
TEL: 617-241-3000
FAX: 617-241-5115

### FACSIMILE COVER SHEET

DATE:       November 1, 2006

TO:         Joseph M. Mahaney, Esq.

FAX NO.:    (508) 651-1128

FROM:       Michael R. Brown, Esq.

CASE NO.:   1322-16

RE:         <u>Steven McDermott et al vs. FedEx Ground et al</u>

PAGES:      _10_ (including cover sheet)

-------------------------------------------------------------------

COMMENTS:

THIS TELECOPY IS SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE AND CONTAINS CONFIDENTIAL INFORMATION FOR THE PERSON(S) NAMED ABOVE. ANY DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AT THE ABOVE TELEPHONE NUMBER.

## Social Security Administration
## Consent for Release of Information

Please read these instructions carefully before completing this form.

**When To Use This Form**

Complete this form only if you want the Social Security Administration to give information or records about you to an individual or group (for example, a doctor, or insurance company).

Natural or adoptive parents or a legal guardian, **acting on behalf of a minor**, who want us to release the minor's:
o  nonmedical records, should use this form.
o  medical records, should not use this form, but should contact us.

Note: Do not use this form to request information about your earnings or employment history. To do this, complete Form SSA-7050-F3. You can get this form at any Social Security office.

**How To Complete This Form**

This consent form must be completed and signed only by:
o  the person to whom the information or record applies, or
o  the parent or legal guardian of a minor to whom the **nonmedical** information applies, or
o  the legal guardian of a legally incompetent adult to whom the information applies.

To complete this form:
o  Fill in the name, date of birth, and Social Security Number of the person to whom the information applies.
o  Fill in the name and address of the individual or group to which we will send the information.
o  Fill in the reason you are requesting the information.
o  Check the type(s) of information you want us to release.
o  Sign and date the form. If you are not the person whose record we will release, please state your relationship to that person.

The Paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paperwork Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB content number.

TIME IT TAKES TO COMPLETE THIS FORM—We estimate that it will take you about 3 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form.

---

SSA-3288 Internet (12/99)

Form Approved

OMB No. 0960-0566

# Social Security Administration
## Consent for Release of Information
**TO:** Social Security Administration

Name __Steven McDermott__    Date of Birth _▮▮▮▮▮▮▮_    Social Security Number __▮▮▮▮▮▮▮__

I authorize the Social Security Administration to release information or records about me to:

| NAME | ADDRESS |
|---|---|
| Adam A. Larson, Esq. Campbell Campbell Edwards & Conroy, P.C | 1 Constitution Plaza, Boston, MA 02129 |

I want this information released because:

Civil Litigation
Civil Action Number: 0606-CV-056

(There may be a charge for releasing information.)

Please release the following information:
- __X__  Social Security Number
- __X__  Identifying information (includes date and place of birth, parents' names)
- __X__  Monthly Social Security benefit amount
- __X__  Monthly Supplemental Security Income payment amount
- __X__  Information about benefits/payments I received from __1998__ to __present__
- __X__  Information about my Medicare claim/coverage from __1998__ to __present__ (specify)
- __X__  Medical records
- __X__  Record(s) from my file (specify)
- __ __  Other (specify)

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: _____
(Show signatures, names, and addresses of two people if signed by mark.)

Date:_____    Relationship: _____

SSA-3288 Internet (12/99)

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

1. I hereby authorize_____Nancy Altman_____to use or disclose the
   (Name of hospital/physician)
   following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

2. Patient Name:         Steven McDermott
   Date of Birth:
   Social Security #:
   Address:              175 Mechanic Street
                         Bellingham, MA 02019

3. Information to be disclosed to:   Campbell Campbell Edwards & Conroy, P.C.
                                     Name
   1 Constitution Plaza                 Boston              MA            02129
   Address                              City                State         Zip

4. Disclose the following information for treatment dates:    1995 to Present
   (circle appropriate categories)

   X Complete Records          X X-Ray
   X Abstract                  X Laboratory
   X Face Sheet                X Pathology
   X Discharge Summary         X Physical Therapy
   X History and Physical      X Emergency Reports
   X Consult                   X Psychotherapy Records
   X Outpatient Reports        X Other specified   *All radiology films*

5. The above information is disclosed for the following purposes: (circle appropriate categories)

   Medical Care    Legal    Insurance    Personal    At request of the individual    Other _____

6. I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires upon termination of the litigation.

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____    10. _____
   Signature of Patient or Legal Representative    Date

   Steven McDermott                                11. _____
   Printed name of patient                         Relationship to patient or
   or patient's representative                     authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED <u>INVALID</u> UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

1. I hereby authorize_____ **Wayside Metrowest Counseling Center** _____ to use or disclose the
   (Name of hospital/physician)
   following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

2. Patient Name:        Steven McDermott
   Date of Birth:        ■■■■■
   Social Security #:    ■■■■■
   Address:             175 Mechanic Street
                        Bellingham, MA 02019

3. Information to be disclosed to:   **Campbell Campbell Edwards & Conroy, P.C.**
                                      Name
   **1 Constitution Plaza**                    **Boston**              **MA**           **02129**
   Address                                      City                   State            Zip

4. Disclose the following information for treatment dates:    **1995** to **Present**
   (circle appropriate categories)

   X Complete Records          X X-Ray
   X Abstract                  X Laboratory
   X Face Sheet                X Pathology
   X Discharge Summary         X Physical Therapy
   X History and Physical      X Emergency Reports
   X Consult                   X Psychotherapy Records
   X Outpatient Reports        X Other specified   *All radiology films*

5. The above information is disclosed for the following purposes: (circle appropriate categories)

   Medical Care    **Legal**    Insurance    Personal    At request of the individual    Other _____

6. I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires upon **termination of the litigation.**

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____     10. _____
   Signature of Patient or Legal Representative      Date

   Steven McDermott                    11. _____
   Printed name of patient                  Relationship to patient or
   or patient's representative              authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED INVALID UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**

## *AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION*

1. I hereby authorize _____Krishna N. Nirmel, M.D._____ to use or disclose the
(Name of hospital/physician)
following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

2. Patient Name:      Steven McDermott
   Date of Birth:
   Social Security #:
   Address:            175 Mechanic Street
                       Bellingham, MA 02019

3. Information to be disclosed to:   Campbell Campbell Edwards & Conroy, P.C.
                                     Name
   1 Constitution Plaza        Boston           MA        02129
   Address                     City             State     Zip

4. Disclose the following information for treatment dates:   1995 to Present
   (circle appropriate categories)

   X  Complete Records        X  X-Ray
   X  Abstract                X  Laboratory
   X  Face Sheet              X  Pathology
   X  Discharge Summary       X  Physical Therapy
   X  History and Physical    X  Emergency Reports
   X  Consult                 X  Psychotherapy Records
   X  Outpatient Reports      X  Other specified   *All radiology films

5. The above information is disclosed for the following purposes: (circle appropriate categories)

   Medical Care   Legal   Insurance   Personal   At request of the individual   Other _____

6. I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires upon termination of the litigation.

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____        10. _____
   Signature of Patient or Legal Representative     Date

   Steven McDermott                       11. _____
   Printed name of patient                    Relationship to patient or
   or patient's representative                authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED INVALID UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**

## *AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION*

1. I hereby authorize _____Surgical Neurology_____ to use or disclose the
     (Name of hospital/physician)
   following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

2. Patient Name:        Steven McDermott
   Date of Birth:
   Social Security #:    ▓▓▓▓▓▓▓▓
   Address:             175 Mechanic Street
                        Bellingham, MA 02019

3. Information to be disclosed to:   Campbell Campbell Edwards & Conroy, P.C.
                                      Name
   1 Constitution Plaza                    Boston                MA            02129
   Address                                 City                  State         Zip

4. Disclose the following information for treatment dates:   1995 to Present
   (circle appropriate categories)

   X  Complete Records         X  X-Ray
   X  Abstract                 X  Laboratory
   X  Face Sheet               X  Pathology
   X  Discharge Summary        X  Physical Therapy
   X  History and Physical     X  Emergency Reports
   X  Consult                  X  Psychotherapy Records
   X  Outpatient Reports       X  Other specified  *All radiology films

5. The above information is disclosed for the following purposes: (circle appropriate categories)

   Medical Care   Legal   Insurance   Personal   At request of the individual   Other _____

6. I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires upon termination of the litigation.

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____         10. _____
   Signature of Patient or Legal Representative      Date

   Steven McDermott                             11. _____
   Printed name of patient                          Relationship to patient or
   or patient's representative                      authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED INVALID UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**

## *AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION*

1. I hereby authorize_____Herbert Cares, M.D._____to use or disclose the
   (Name of hospital/physician)
   following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

2. Patient Name:         Steven McDermott
   Date of Birth:        ███████
   Social Security #:    ███████
   Address:              175 Mechanic Street
                         Bellingham, MA 02019

3. Information to be disclosed to:    Campbell Campbell Edwards & Conroy, P.C.
                                      Name
   1 Constitution Plaza                   Boston              MA          02129
   Address                                City                State       Zip

4. Disclose the following information for treatment dates:    1995 to Present
   (circle appropriate categories)

   X Complete Records          X X-Ray
   X Abstract                  X Laboratory
   X Face Sheet                X Pathology
   X Discharge Summary         X Physical Therapy
   X History and Physical      X Emergency Reports
   X Consult                   X Psychotherapy Records
   X Outpatient Reports        X Other specified  *All radiology films*

5. The above information is disclosed for the following purposes: (circle appropriate categories)

   Medical Care   **Legal**   Insurance   Personal   At request of the individual   Other _____

6. I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires upon **termination of the litigation.**

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____     10. _____
   Signature of Patient or Legal Representative       Date

   Steven McDermott                             11. _____
   Printed name of patient                           Relationship to patient or
   or patient's representative                       authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED INVALID UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

1. I hereby authorize_____to use or disclose the
   (Name of hospital/physician)
   following protected information from the records of the patient listed below. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

2. Patient Name:         Stacey L. McDermott
   Date of Birth:
   Social Security #:
   Address:              175 Mechanic Street
                         Bellingham, MA 02019

3. Information to be disclosed to:   Campbell Campbell Edwards & Conroy, P.C.
                                     Name
   1 Constitution Plaza               Boston              MA           02129
   Address                            City                State        Zip

4. Disclose the following information for treatment dates:   1994 to Present
   (circle appropriate categories)

   X Complete Records         X X-Ray
   X Abstract                 X Laboratory
   X Face Sheet               X Pathology
   X Discharge Summary        X Physical Therapy
   X History and Physical     X Emergency Reports
   X Consult                  X Psychotherapy Records
   X Outpatient Reports       X Other specified   *All radiology films

5. The above information is disclosed for the following purposes: (circle appropriate categories)

   Medical Care   Legal   Insurance   Personal   At request of the individual   Other_____

6. I understand that I may revoke authorization at any time by requesting such of the above referenced hospital or physician practice in writing unless action has already been taken in reliance upon it, or during a contestability period under applicable law.

7. This authorization expires upon termination of the litigation.

8. I further authorize you to accept either an original or a photostatic copy of this authorization, each having the same full force and effect as if it were itself the original.

9. _____     10. _____
   Signature of Patient or Legal Representative    Date

   Stacey L. McDermott                   11. _____
   Printed name of patient                   Relationship to patient or
   or patient's representative               authority to act for patient

**IMPORTANT: THIS AUTHORIZATION SHALL BE DEEMED INVALID UNLESS ALL NUMBERED ENTRIES ARE COMPLETED**