UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN McDERMOTT and : | |
| STACY McDERMOTT : | |
| : | |
| v.                                            : | C.A. No. 04-CV-12253MLW |
| : | |
| FEDEX GROUND PACKAGE SYSTEMS, : | |
| INC., ET AL.                               : | |

## WITHDRAWAL OF
## MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER

Now comes Newport Alliance/Newport Hospital (the "Hospital") and hereby withdraws its Motion to Quash and/or for a Protective Order filed in the above-entitled matter, regarding the subpoena served on the Hospital on or about November 3, 2006, regarding certain medical records of Steven McDermott (d/o/b 01/24/65). The Hospital is seeking this Withdrawal as Steven McDermott has executed a patient authorization releasing the documents requested by the subpoena. Upon information and belief, there is no objection to the filing of this Withdrawal.

        Newport Alliance/Newport Hospital
        By Its Attorneys,

        /s/ Jeffrey S. Brenner
        _____
        Jeffrey S. Brenner (BBO #560392)
        NIXON PEABODY LLP
        One Citizens Plaza
        Providence, RI 02903
        (401) 454-1006
        (401) 454-1030 (Fax)
        jbrenner@nixonpeabody.com

January 8, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th of January, 2007, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United Stated District Court for the District of Massachusetts. Notice of this filing will be sent via e-mail to all parties able to accept electronic filings as indicated on the Notice of Electronic Filing.

| | |
|---|---|
| Michael R. Brown, Esq. | Joseph Mahaney, Esq. |
| Campbell Campbell Edwards & Conroy, P.C. | Goguen, McLaughlin, Richards |
| 1 Constitution Plaza |   & Mahaney, LLP |
| Boston, MA  02129 | 2 Pleasant Street |
| | S. Natick, MA  01760 |

                                        /s/ Jeffrey S. Brenner
                                        _____