UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN McDERMOTT and : <br> STACY McDERMOTT : <br> : <br> v.                                                                : <br> : <br> FEDEX GROUND PACKAGE SYSTEMS, : <br> INC., ET AL.                                               : | C.A. No. 04-CV-12253MLW |

## MOTION FOR WITHDRAWAL OF APPEARANCE

    Jeffrey S. Brenner hereby requests that this Honorable Court allow him to withdraw as counsel for Newport Alliance/Newport Hospital.  In support of this Motion, he states that Newport Alliance/Newport Hospital filed a Motion to Quash and/or for Protective Order in this case with regards to a medical records subpoena for records of Plaintiff, Steven McDermott.  This Motion to Quash was withdrawn as Mr. McDermott executed a patient authorization for the subject records.  Accordingly, Newport Alliance/Newport Hospital's presence as a party in this case is no longer necessary.

    Upon information and belief, there is no objection to the filing of this Motion.

    Newport Alliance/Newport Hospital
    By Its Attorneys,


    /s/ Jeffrey S. Brenner
    _____
    Jeffrey S. Brenner (BBO #560392)
    NIXON PEABODY LLP
    One Citizens Plaza
    Providence, RI 02903
    (401) 454-1006
    (401) 454-1030 (Fax)
    jbrenner@nixonpeabody.com

Dated:  January 10, 2007

10247669.1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th of January, 2007, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United Stated District Court for the District of Massachusetts.  Notice of this filing will be sent via e-mail to all parties able to accept electronic filings as indicated on the Notice of Electronic Filing.

| | |
|---|---|
| Michael R. Brown, Esq. | Joseph Mahaney, Esq. |
| Campbell Campbell Edwards & Conroy, P.C. | Goguen, McLaughlin, Richards |
| 1 Constitution Plaza |   & Mahaney, LLP |
| Boston, MA  02129 | 2 Pleasant Street |
| | S. Natick, MA  01760 |

      /s/ Jeffrey S. Brenner
      _____