UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN McDERMOTT and <br> STACEY McDERMOTT <br>     Plaintiffs, <br> v. <br><br> FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE, INC., D. PONCE, E. W. WYLIE CORPORATION, D.W. SMITH, ARSENBERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL; LORRRAINE ODZANA as ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORTATION, INC.; JACYLYN PALETTA as ADMINISTRATIX OF THE ESTATE OF MARIO J. CASTRO; <br>     Defendants | CIVIL ACTION NO. 04-CV-12253MLW |

## PLAINTIFFS ASSENTED MOTION FOR LEAVE TO FILE CORRECTED SECOND AMENDED COMPLAINT

Now come the Plaintiffs, Steven McDermott and Stacey McDermott, and with the assent of the Defendants hereby move for leave to file a **corrected** SECOND AMENDED COMPLAINT. Plaintiff states that a draft copy was filed in error. The Second Amended Complaint is attached hereto.

| | |
|---|---|
| Respectfully submitted, <br> Plaintiff, Steven McDermott, <br> Plaintiff, Stacey McDermott, <br> By their attorney, | Assented to: <br> Defendants, |
| */s/ Joseph M. Mahaney* | */s/ Adam A. Larson* |
| **Joseph M. Mahaney, Esq.** BBO#: 549042 <br> Goguen, McLaughlin, Richards & Mahaney <br> The Harriet Beecher Stowe House <br> 2 Pleasant Street <br> South Natick, MA 01760 <br> (508) 651-1000 | **Adam A. Larson, Esq.** <br> BBO#: 632634 <br> Campbell Campbell Edwards & Conroy <br> One Constitution Plaza <br> Boston, MA 02129 <br> (617) 241-3000 |

1