UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEVEN McDERMOTT,<br>STACEY MCDERMOTT<br>    Plaintiffs,<br><br>vs.<br><br>FED EX GROUND PACKAGE<br>SYSTEMS, INC., et al.<br>    Defendants | Civil Action No.: 04-CV-12253 |

## PROPOSED AMENDED SCHEDULING ORDER

The parties to this action, Steven and Stacey McDermott, FedEx Ground Package Systems, Inc., and T.S. Pruitt hereby submit this proposed scheduling order. All of the proposals contained herein are made jointly by the parties.

1. Written discovery and non-expert depositions completed by June 15, 2007.

2. Plaintiffs' experts disclosed by June 30, 2007.

3. Plaintiffs' experts depositions by August 15, 2007.

4. Defendants' experts disclosed by September 15, 2007.

5. Defendants' expert depositions completed by October 31, 2007.

6. Dispositive Motions filed by November 15, 2007; and

7. Pretrial conference scheduled for December, 2007.

| The Plaintiffs | The Defendants |
|---|---|
| STEVEN & STACEY MCDERMOTT | FED EX GROUND SYSTEMS, INC. |
| By Their Attorneys, | and T.S. PRUITT |
| | By Their Attorneys, |
| /s/ Joseph Mahaney | /s/ Adam A. Larson |
| Joseph M. Mahaney | James M. Campbell (BBO # 541882) |
| Goeguen, McLaughlin, Richards & Mahaney, P.C. | Adam A. Larson (BBO# 632634) |
| The Harrier Beecher Stowe House | Michael R. Brown (BBO# 664239) |
| Pleasant Street | One Constitution Plaza |
| South Natick, MA 01760 | Boston, MA 02129 |
| (508) 651-1000 | (617) 241-3000 |

/s/ Howard M. Kahalas

Howard M. Kahalas, Esq.
Law Office of Howard M. Kahalas
6 Beacon Street, Suite 700
Boston, MA 02108
Phone: 617-523-1155

## CERTIFICATE OF SERVICE

I, Adam A. Larson, of Campbell Campbell Edwards & Conroy Professional Corporation, hereby certify that on February 21, 2007 a true copy of the above document was served upon the attorney of record by First Class Mail and electronically.

/s/ Adam A. Larson

Adam A. Larson