UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12253

| | |
|---|---|
| STEVEN McDERMOTT,<br>STACY MCDERMOTT,<br><br>    Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE<br>SYSTEMS, INC., T.S. PRUITT,<br>ALLEGIANCE HEALTHCARE, INC.,<br>D. PONCE, E.W. WYLIE<br>CORPORATION, D.W. SMITH,<br>ARSENBERGER TRUCKING, INC.,<br>J.T. FOSBRINK, RYDER TRUCK<br>RENTAL; LORRAINE ODZANA as<br>ADMINISTRATRIX OF THE ESTATE<br>OF JAMES J. ODZANA, SHORELINE<br>TRANSPORTATION, INC., JACLYN<br>PALETTA as ADMINISTRATRIX OF<br>THE ESTATE OF MARIO J. CASTRO,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

The plaintiffs hereby agree that Defendants FedEx Ground Package System, Inc. ("FedEx") and T.S. Pruitt ("Pruitt") shall have an extension of time, up to and including April

13, 2007, to Answer or otherwise respond to Plaintiffs' Second Amended Complaint.

| | |
|---|---|
| STEVEN McDERMOTT and STACY MCDERMOTT | FEDEX GROUND PACKAGE SYSTEM, INC. and T.S. PRUITT |
| By their Attorneys, GOGUEN, MCLAUGHLIN, RICHARDS & MAHANEY, P.C. | By their Attorneys, CAMPBELL CAMPBELL EDWARDS & CONROY, PROFESSIONAL CORPORATION |
| /s/ Joseph M. Mahaney, Esq. | /s/ Adam A. Larson |
| Joseph M. Mahaney, Esq. Goguen, McLaughlin, Richards & Mahaney, P.C. The Harrier Beecher Stowe House 2 Pleasant Street South Natick, MA 01760 | James M. Campbell (BBO #541882) Adam A. Larson (BBO #632634) Michael R. Brown (BBO #664239) One Constitution Plaza Boston, Massachusetts 02129 |

## CERTIFICATE OF SERVICE

I, Adam A. Larson, certify that on March 27, 2007 a true copy of the above was sent electronically, and by first class mail to:

Joseph M. Mahaney, Esq.
Goguen, McLaughlin, Richards & Mahaney, P.C.
The Harrier Beecher Stowe House
2 Pleasant Street
South Natick, MA 01760

Howard M. Kahalas, Esq.
Law Office of Howard M. Kahalas
6 Beacon Street, Suite 700
Boston, MA 02108

/s/ Adam A. Larson

Adam A. Larson