UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN MCDERMOTT and<br>STACEY MCDERMOTT<br>    Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE, INC., D. PONCE, E.W. WYLIE CORPORATION, D.W. SMITH, ARSENBERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL, LORRAINE ODZANA as ADMININSTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORTATION, INC., JACLYN PALETTA as ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO<br>    Defendants. | DOCKET NO: 04-CV-12253 |

## CORPORATE DISCLOSURE STATEMENT

The Defendant, Arsenberger Trucking, Inc., hereby states pursuant to Local Rule 7.3(A), that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

                                                     The defendant,
                                                     **ARSENBERGER TRUCKING, INC.**
                                                     By its attorney:

                                                     MORRISON MAHONEY LLP


                                                     /s/ *Lee Stephen MacPhee*
                                                     Lee Stephen MacPhee
                                                     BBO # 312400
                                                     250 Summer Street
                                                     Boston, MA 02210
                                                     (617) 439-7500

1056106v1

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 5TH day of April, 2007.

/s/ *Lee Stephen MacPhee*
Lee Stephen MacPhee