UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-CV-12253MLW

```
STEVEN MCDERMOTT and         )
STACEY MCDERMOTT,            )
     Plaintiffs              )
                             )
v.                           )
                             )
FEDEX GROUND PACKAGE SYSTEMS, INC., )
T.S. PRUITT, ALLEGIANCE HEALTHCARE  )
INC., D. PONCE, E.W. WYLIE          )
CORPORATION, D.W. SMITH,            )
ARSENBERGER TRUCKING, INC.,         )
J.T. FOSBRINK, RYDER TRUCK RENTAL,  )
LORRAINE ODZANA as ADMINISTRATRIX   )
OF THE ESTATE OF JAMES J. ODZANA,   )
SHORELINE TRANSPORTATION, INC.,     )
JACYLYN PALETTA as ADMINISTRATRIX   )
OF THE ESTATE OF MARIO J. CASTRO,   )
     Defendants                     )
```

**ASSENTED TO STIPULATION TO ENLARGE TIME
FOR FILING OF RESPONSIVE PLEADINGS**

In the captioned action, now come the Plaintiff and Defendants, E.W. Wylie Corporation and D.W. Smith, and stipulate that the time within which the Defendants, E.W. Wylie Corporation and D.W. Smith, must answer the Complaint is hereby enlarged up to and including May 27, 2007.

Respectfully Submitted,

THE DEFENDANTS,
E.W. WYLIE CORPORATION AND
D.W. SMITH,
BY THEIR ATTORNEYS,

Date: 4/18/07

Anthony M. Campo, BBO# 552093
Kevin M. Riordan, BBO# 652785
Boyle, Morrissey & Campo, P.C.
695 Atlantic Ave.
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775

ASSENTED TO:

THE PLAINTIFFS,
STEVEN & STACEY MCDERMOTT,
BY THEIR ATTORNEY,


_____
Joseph M. Mahaney, BBO # 549042
Goguen, McLaughlin, Richards & Mahaney
The Harriet Beecher Stowe House
2 Pleasant Street
South Natick, MA 01760
(508) 655-1000
FAX: (508) 651-1128