UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12253MLW

| | |
|---|---|
| STEVEN MCDERMOTT and <br> STACEY MCDERMOTT, <br>     Plaintiffs, <br> <br> v. <br> <br> FEDEX GROUND PACKAGE SYSTEMS, INC., <br> T.S. PRUITT, ALLEGIANCE HEALTHCARE <br> INC., D. PONCE, E.W. WYLIE <br> CORPORATION, D.W. SMITH, <br> ARSENBERGER TRUCKING, INC., <br> J.T. FOSBRINK, RYDER TRUCK RENTAL, <br> LORRAINE ODZANA as ADMINISTRATRIX <br> OF THE ESTATE OF JAMES J. ODZANA, <br> SHORELINE TRANSPORTATION, INC. <br> JACYLYN PALETTA as ADMINISTRATRIX <br> OF THE ESTATE OF MARIO J. CASTRO, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ASSENTED TO STIPULATION TO ENLARGE TIME
FOR FILING OF RESPONSIVE PLEADINGS**

In the above-captioned action, now come the Plaintiff and Defendants, Allegiance Healthcare, Inc. (the correct name for which is Cardinal Health 200, Inc., f/k/a Allegiance Corp.) and D. Ponce, and stipulate that the time within which the Defendants must respond to the Complaint is hereby enlarged up to and including May 27, 2007. The Defendants by filing this stipulation have not waived and expressly reserve all available defenses.

Respectfully Submitted,

THE DEFENDANTS,
ALLEGIANCE HEALTHCARE, INC. AND
D. PONCE,
BY THEIR ATTORNEYS,

Date:   April 26, 2007

/s/ Michael D. Riseberg
John F.X. Lawler, BBO No. 546910
Michael D. Riseberg, BBO No. 567771
ADLER POLLOCK & SHEEHAN, P.C.
175 Federal Street
Boston, MA 02110-2210
(617) 482-0600

ASSENTED TO:

THE PLAINTIFFS,
STEVEN & STACEY MCDERMOTT,
BY THEIR ATTORNEY,

/s/ Joseph M. Mahaney
Joseph M. Mahaney, BBO No. 549042
Goguen, McLaughlin, Richards & Mahaney
The Harriet Beecher Stowe House
2 Pleasant Street
South Natick, MA 01760
(508) 651-1000

415677_1