## CERTIFICATE OF SERVICE

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on April 26, 2007.

/s/ Michael D. Riseberg
Michael D. Riseberg