## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within document was served upon all counsel of record, by first class U.S. Mail, on May 7, 2007.

/s/ Michael D. Riseberg
Michael D. Riseberg