UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12253MLW

|  |  |
|---|---|
| STEVEN MCDERMOTT and STACEY MCDERMOTT, <br>     Plaintiffs, <br><br> v. <br><br> FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE INC., D. PONCE, E.W. WYLIE CORPORATION, D.W. SMITH, ARSENBERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL, LORRAINE ODZANA as ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORTATION, INC. JACYLYN PALETTA as ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Now comes the undersigned, John F.X. Lawler, and hereby enters his appearance as counsel for the above-captioned Defendants, Allegiance Healthcare, Inc. and D. Ponce.

                                                                    Respectfully Submitted,

                                                                      THE DEFENDANTS,
                                                                      ALLEGIANCE HEALTHCARE, INC. AND
                                                                      D. PONCE,
                                                                      BY THEIR ATTORNEYS,

Date:  April 26, 2007                      /s/ John F.X. Lawler
                                                 John F.X. Lawler, BBO No. 546910
                                                 ADLER POLLOCK & SHEEHAN, P.C.
                                                 175 Federal Street
                                                 Boston, MA 02110-2210
                                                 (617) 482-0600

416904_1