UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN MCDERMOTT and<br>STACEY MCDERMOTT<br>    Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS,<br>INC., T.S. PRUITT, ALLEGIANCE<br>HEALTHCARE, INC., D. PONCE, E.W.<br>WYLIE CORPORATION, D.W. SMITH,<br>ARSENBERGER TRUCKING, INC., J.T.<br>FOSBRINK, RYDER TRUCK RENTAL,<br>LORRAINE ODZANA as<br>ADMININSTRATRIX OF THE ESTATE<br>OF JAMES J. ODZANA, SHORELINE<br>TRANSPORTATION, INC., JACLYN<br>PALETTA as ADMINISTRATRIX OF<br>THE ESTATE OF MARIO J. CASTRO<br>    Defendants. | DOCKET NO: 04-CV-12253 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as attorney for the defendants, ARSENBERGER TRUCKING, INC. and J.T. FOSBRINK in the above-captioned matter.

Respectfully submitted,

/s/Cheryl A. Enright

Cheryl A. Enright, BBO No. 552237
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA  02210-1181
Tel. (617) 737-8836
Fax (617) 342-4857

CERTIFICATE OF SERVICE

   I hereby certify that is document filed through the EFC system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 14th day of May, 2007.

/s/Cheryl A. Enright
_____
Cheryl A. Enright, BBO No. 552237