UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-CV-12253MLW

```
STEVEN MCDERMOTT and              )
STACEY MCDERMOTT,                 )
      Plaintiffs                  )
                                  )
                                  )
v.                                )
                                  )
FEDEX GROUND PACKAGE SYSTEMS, INC.,)
T.S. PRUITT, ALLEGIANCE HEALTHCARE )
INC., D. PONCE, E.W. WYLIE        )
CORPORATION, D.W. SMITH,          )
ARSENBERGER TRUCKING, INC.,       )
J.T. FOSBRINK, RYDER TRUCK RENTAL,)
LORRAINE ODZANA as ADMINISTRATRIX )
OF THE ESTATE OF JAMES J. ODZANA, )
SHORELINE TRANSPORTATION, INC.,   )
JACYLYN PALETTA as ADMINISTRATRIX )
OF THE ESTATE OF MARIO J. CASTRO, )
      Defendants                  )
```

**ASSENTED TO STIPULATION TO ENLARGE TIME
FOR FILING OF RESPONSIVE PLEADINGS**

NOW COME the parties to the above captioned action and hereby stipulate that the time within which the Defendants, E.W. Wylie Corporation and D.W. Smith, must answer the Cross-Claims of the Co-Defendants, FedEx Ground Package Systems, Inc. and T.S. Pruitt is hereby enlarged up to and including June 14, 2007.

THE DEFENDANTS-IN-CROSS CLAIM,
E.W. WYLIE CORPORATION AND
D.W. SMITH,
BY THEIR ATTORNEYS,

Date: 5/15/07

Anthony M. Campo, BBO# 552093
Kevin M. Riordan, BBO# 652785
Boyle, Morrissey & Campo, P.C.
695 Atlantic Ave.
Boston, MA 02111
(617) 451-2000

ASSENTED TO:

THE DEFENDANTS,
FEDEX GROUND SYSTEMS, INC.
AND T.S. PRUITT,
BY THEIR ATTORNEY,

_____
Adam A. Larson, BBO#
Campbell, Campbell,
Edwards & Conroy, PC
1 Constitution Plaza
Boston, MA 02129

DATE: 5/15/07