UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-12253MLW

| | |
|---|---|
| STEVEN McDERMOTT and STACEY McDERMOTT,<br>　　　　Plaintiffs<br>Vs.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE, INC., D. PONCE, E.W. WYLIE CORPORATION, D.W. SMITH, ARSENBERGER TRUCKING, INC. J.T. FOSBRINK, RYDER TRUCK RENTAL, LORRAINE ODZANA as ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORTATION, INC., JACYLYN PALETTA AS ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO,<br>　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

　　Now comes Michael P. Welsh and enters his appearance as co-counsel for the Plaintiffs, Steven McDermott and Stacey McDermott.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　The Plaintiffs, Steven McDermott and
　　　　　　　　　　　　　　　　Stacey McDermott
　　　　　　　　　　　　　　　　By their Attorney,


　　　　　　　　　　　　　　　　 s/Michael P. Welsh
　　　　　　　　　　　　　　　　Michael P. Welsh
　　　　　　　　　　　　　　　　**LAW OFFICES OF HOWARD M. KAHALAS**
　　　　　　　　　　　　　　　　6 Beacon Street – Suite 700
　　　　　　　　　　　　　　　　Boston, MA  02108
　　　　　　　　　　　　　　　　(617) 523-1155
　　　　　　　　　　　　　　　　BBO No. 555678

Dated:  May 18, 2007