UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-CV-12253

| | |
|---|---|
| STEVEN McDERMOTT, STACY MCDERMOTT, Plaintiffs, vs. FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE, INC., D. PONCE, E.W. WYLIE CORPORATION, D.W. SMITH, ARSENBERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL; LORRAINE ODZANA as ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORTATION, INC., JACLYN PALETTA as ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO, Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF WITHDRAWAL

Please withdraw my appearance as attorney for the Defendant, Fed Ex Ground Systems, Inc. in the above-entitled matter.

Fed Ex Ground Systems, Inc.
By its Attorneys,
**CAMPBELL CAMPBELL EDWARDS &
CONROY PROFESSIONAL CORPORATION**

/s/ Michael R. Brown

James M. Campbell (BBO #541882)
Adam A. Larson (BBO #632634)
Michael R. Brown (BBO #664239)
One Constitution Plaza
Boston, Massachusetts 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I, Michael R. Brown, certify that on May 21, 2007 a true copy of the above was sent electronically, and by first class mail to:

Joseph M. Mahaney, Esq.
Goguen, McLaughlin, Richards & Mahaney, P.C.
The Harrier Beecher Stowe House
2 Pleasant Street
South Natick, MA 01760

Howard M. Kahalas, Esq.
Law Office of Howard M. Kahalas
6 Beacon Street, Suite 700
Boston, MA 02108

Lee Stephen MacPhee
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

/s/ Michael R. Brown
_____
Michael R. Brown