UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  04-CV-12253

| | |
|---|---|
| STEVEN McDERMOTT, <br> STACY MCDERMOTT, <br>     Plaintiffs, <br> <br> vs. <br> <br> FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE, INC., D. PONCE, E.W. WYLIE CORPORATION, D.W. SMITH, ARSENBERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL; LORRAINE ODZANA as ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORTATION, INC., JACLYN PALETTA as ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO, <br> <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL

Please withdraw my appearance as attorney for the Defendant, T. S. Pruitt, in the above-entitled matter.

T.S. PRUITT,
**By his Attorneys,**

 /s/ Michael R. Brown
James M. Campbell (BBO# 541882)
Adam A. Larson (BBO# 632634)
Michael R. Brown (BBO# 664239)
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

2

## CERTIFICATE OF SERVICE

    I, Michael R. Brown, certify that on May 21, 2007 a true copy of the above was sent electronically, and by first class mail to:

Joseph M. Mahaney, Esq.
Goguen, McLaughlin, Richards & Mahaney, P.C.
The Harrier Beecher Stowe House
2 Pleasant Street
South Natick, MA 01760

Howard M. Kahalas, Esq.
Law Office of Howard M. Kahalas
6 Beacon Street, Suite 700
Boston, MA 02108

Lee Stephen MacPhee
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

                                                /s/ Michael R. Brown
                                                _____
                                                Michael R. Brown