## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12253-MLW

| |
|---|
| STEVEN McDERMOTT and STACEY McDERMOTT, <br><br>　　　　　　　　　Plaintiffs <br><br>　　　　v. <br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE, INC., D. PONCE, E.W. WYLIE CORPORATION, D.W. SMITH ARSENBERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL, LORRAINE ODZANA as ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORATION, INC., JACYLYN PALETTA as ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO, <br><br>　　　　　　　　　Defendants |

## NOTICE OF APPEARANCE

Michele Carlucci of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby gives notice of his appearance for the defendant, Lorraine Odzana, as Administratrix of the Estate of James J. Odzana.

Dated: May 30, 2007　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　The Defendant,
　　　　　　　　　　　　　　　　　　LORRAINE ODZANA, as Administratrix
　　　　　　　　　　　　　　　　　　of the Estate of JAMES J. ODZANA
　　　　　　　　　　　　　　　　　　By her attorneys,


　　　　　　　　　　　　　　　　　　*s/ Maynard M. Kirpalani*
　　　　　　　　　　　　　　　　　　Maynard M. Kirpalani, BBO #273940
　　　　　　　　　　　　　　　　　　Michele Carlucci, BBO #655211
　　　　　　　　　　　　　　　　　　WILSON ELSER MOSKOWITZ
　　　　　　　　　　　　　　　　　　EDELMAN & DICKER LLP
　　　　　　　　　　　　　　　　　　155 Federal Street
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　(617) 422-5300

1

82004.1

## CERTIFICATE OF SERVICE

      I, Maynard M. Kirpalani, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on May 30, 2007.

                                                      /s/ *Maynard M. Kirpalani*

82004.1