UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN McDERMOTT and
STACEY McDERMOTT,
    Plaintiffs,

Civil Action No. 04-CV-12253-MLW

v.

FEDEX GROUND PACKAGE SYSTEMS, INC.;
T.S. PRUITT; ALLEGIANCE HEALTHECARE, INC.;
D. PONCE; E. W. WYLIE CORPORATION;
D.W. SMITH; ARSENBERGER TRUCKING, INC.;
J. T. FOSBRINK; RYDER TRUCK RENTAL;
LORRRAINE ODZANA as ADMINISTRATRIX OF THE
ESTATE OF JAMES J. ODZANA; SHORELINE
TRANSPORTATION, INC.; and JACKYLN PACETTA as
ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO,
    Defendants.

**RYDER TRUCK RENTAL, INC.'S CERTIFICATION CONCERNING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION**

    I, Scott J. Tucker, hereby certify that I have conferred with Patrick McCabe of Ryder Truck Rental, Inc. and I:

1) have established a budget for costs of conducting the full course of discovery and alternative courses for resolution of this litigation; and

2) have considered the resolution of this litigation through the use of alternative dispute resolution programs.

                                Defendant,
                                Ryder Truck Rental, Inc.,
                                By its Attorneys,

                                /s/ Scott J. Tucker
                                Scott J. Tucker - BBO#503940
                                Tucker, Heifetz & Saltzman, LLP
                                100 Franklin Street
                                Boston, Massachusetts 02108
                                (617) 557-9696

For Ryder Truck Rental, Inc.,

/s/ Patrick McCabe
Patrick McCabe

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

7-18-07