UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN McDERMOTT and
STACEY McDERMOTT,
      Plaintiffs,

Civil Action No. 04-CV-12253-MLW

v.

FEDEX GROUND PACKAGE SYSTEMS, INC.;
T.S. PRUITT; ALLEGIANCE HEALTHECARE, INC.;
D. PONCE; E. W. WYLIE CORPORATION;
D.W. SMITH; ARSENBERGER TRUCKING, INC.;
J. T. FOSBRINK; RYDER TRUCK RENTAL;
LORRRAINE ODZANA as ADMINISTRATRIX OF THE
ESTATE OF JAMES J. ODZANA; SHORELINE
TRANSPORTATION, INC.; and JACKYLN PACETTA as
ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO,
      Defendants.

## RYDER TRUCK RENTAL, INC.'S INITIAL DISCLOSURE

Pursuant to Fed. R. Civ. P. 26 (a) (1) and Local Rule 26.2 (A), the Defendant, Ryder Truck Rental, Inc. (hereinafter "Ryder") hereby makes this Initial Disclosure. This Disclosure is based upon the information now available to the Defendant and its counsel.

A.    Individuals with Discoverable Information

At this time the Defendant is aware that the following individuals are likely to and/or may have discoverable information relevant to the above-captioned matter:

1.    All parties identified in the Commonwealth of Pennsylvania Police Crash Reporting Form.

B.    Documents, Data Compilations and Tangible Things

1.    Commonwealth of Pennsylvania Police Crash Reporting Form.

The Defendant,
Ryder Truck Rental, Inc.,
By its Attorneys,

_____
Scott J. Tucker - BBO#503940
Tucker, Heifetz & Saltzman, LLP
100 Franklin Street
Boston, Massachusetts 02110
(617) 557-9696

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

July 18, 2007