UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN McDERMOTT and
STACEY McDERMOTT,
    Plaintiffs,

Civil Action No. 04-CV-12253-MLW

v.

FEDEX GROUND PACKAGE SYSTEMS, INC.;
T.S. PRUITT; ALLEGIANCE HEALTHECARE, INC.;
D. PONCE; E. W. WYLIE CORPORATION;
D.W. SMITH; ARSENBERGER TRUCKING, INC.;
J. T. FOSBRINK; RYDER TRUCK RENTAL;
LORRRAINE ODZANA as ADMINISTRATRIX OF THE
ESTATE OF JAMES J. ODZANA; SHORELINE
TRANSPORTATION, INC.; and JACKYLN PACETTA as
ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO,
    Defendants.

**RYDER TRUCK RENTAL, INC.'S, DISCLOSURE
PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3, the Defendant, Ryder Truck Rental, Inc., hereby discloses that it is a wholly-owned subsidiary of Ryder System, Inc., a publicly traded corporation. Ryder System, Inc. owns more than 10% of Ryder Truck Rental, Inc.

    The Defendant,
    Ryder Truck Rental, Inc.,
    By its Attorneys,

    Scott J. Tucker – BBO 503940
    Tucker, Heifetz & Saltzman, LLP
    100 Franklin Street
    Boston, MA 02110
    (617) 557-9696

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

1-18-07