UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12253-MLW

STEVEN McDERMOTT and
STACEY McDERMOTT,
                Plaintiffs

v.

FEDEX GROUND PACKAGE SYSTEMS, INC.,
T.S. PRUITT,  ALLEGIANCE HEALTHCARE,
INC., D. PONCE, E.W. WYLIE CORPORATION,
D.W. SMITH ARSENBERGER TRUCKING, INC.,
J.T. FOSBRINK, RYDER TRUCK RENTAL,
LORRAINE ODZANA as ADMINISTRATRIX OF
THE ESTATE OF JAMES J. ODZANA,
SHORELINE TRANSPORATION, INC., JACYLYN
PALETTA as ADMINISTRATRIX OF THE
ESTATE OF MARIO J. CASTRO,

                Defendants

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned counsel and party hereby affirm that counsel and client have conferred (a) with a view to establish a budget for the costs of conducting the full course – and various alternative courses – of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| On behalf of the Defendant, | The Defendant,<br>LORRAINE ODZANA, as<br>Administratrix of the Estate of |
|---|---|
| */s/ C. Robert Elicker*_____<br>C. Robert Elicker<br>Litigation Specialist<br>The PMA Insurance Group<br>P.O. Box 25250<br>Lehigh Valley, PA 18002 | JAMES J. ODZANA<br>By her attorneys,<br><br>*/s/Michele Carlucci*_____<br>Maynard M. Kirpalani, BBO 273940<br>Michele Carlucci, BBO #655211<br>WILSON ELSER MOSKOWITZ |

83593.1

                                                            EDELMAN & DICKER LLP
                                                            155 Federal Street
                                                            Boston, MA 02110
                                                            (617) 422-5300

Dated: June 19, 2007

83593.1

## **CERTIFICATE OF SERVICE**

      I, Michele Carlucci, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on June 19, 2007.


                                             /s/ *Michele Carlucci*