UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN McDERMOTT,<br>STACY McDERMOTT,<br>    Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE, INC., D. PONCE, E.W. WYLIE CORPORATION, D.W. SMITH, ARSENGERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL; LORRAINE ODZANA as ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORTATION, INC., JACLYN PALETTA as ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO,<br>    Defendants | CASE NO. NO.: 04CV12253 |

## CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, SHORELINE TRANSPORTATION, INC.. PURSUANT TO LOCAL RULE 7.3(A)

The defendant, Shoreline Transportation Inc. pursuant to Local Rule 7.3(A), states that it is a closely held Ohio corporation and that no other corporation publicly traded or otherwise owns any shares of Shoreline Transportation Inc.

DEFENDANTS,
SHORELINE TRANSPORTATION INC.,
& JACLYN PALETTA as
ADMINISTRATRIX OF
THE ESTATE OF MARIO J. CASTRO,
By their attorney,

/s/Brian J. Donegan
Brian J. Donegan
NEVILLE LAW, LLC
24 Muzzey Street

    Lexington, MA 02421
    (781) 372-7200
    BBO Number:  648501
    Dated: June 19, 2007
    bdonegan@nevillelawllc.com

### CERTIFICATE OF SERVICE

I, Brian J. Donegan, attorney for the defendant, Shoreline Transportation Inc., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this day.

Date:   June 19, 2007

    /s/ Brian J. Donegan

    Brian J. Donegan, Esquire
    NEVILLE LAW, LLC
    24 Muzzey Street
    Lexington, Massachusetts 02421
    BBO # 648501
    Tel: (781) 372-7200
    Fax: (781) 372-7299