UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12253MLW

| | |
|---|---|
| STEVEN McDERMOTT, et al., | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| FEDEX GROUND PACKAGE SYSTEMS, INC., et al., | ) ) ) ) |
| Defendants. | ) ) |

## CARDINAL HEALTH, INC. f/k/a ALLEGIANCE HEALTH CARE, INC.'S CERTIFICATION CONCERNING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION

I, Michael Riseberg, hereby certify that I have conferred with Bob Rosser of Cardinal Health, Inc. with a view to establishing a budget for the costs of conducting the full course of this litigation; and have considered resolution of this litigation through the use of alternative dispute resolution programs.

                              Defendant
                              CARDINAL HEALTH, INC.
                              By its attorneys,

                              /s/ Michael D. Riseberg
                              John F.X. Lawler, BBO #546910
                              Michael D. Riseberg, BBO #567771
                              Erica B. Mecler, BBO #664709 (Pending Admission)
                              **ADLER POLLOCK & SHEEHAN P.C.**
                              175 Federal Street
                              Boston, MA  02110
                              (617) 482-0600

For Cardinal Health, Inc.

/s/ Bob Rosser
Bob Rosser

## CERTIFICATE OF RULE 7.1 CONFERENCE AND OF SERVICE

The undersigned certifies that on **June 19, 2007** this document is being filed through the ECF system and, accordingly, is being sent electronically to the registered participants as identified on the Notice of Electronic Filing and a paper copy will be sent to any party indicated as a non registered participant.

/s/ Michael D. Riseberg
Michael D. Riseberg, BBO #567771

*420824_1*