UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEVEN MCDERMOTT and STACEY MCDERMOTT<br>　　Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE, INC., D. PONCE, E.W. WYLIE CORPORATION, D.W. SMITH, ARSENBERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL, LORRAINE ODZANA as ADMININSTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORTATION, INC., JACLYN PALETTA as ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO<br>　　Defendants. | DOCKET NO: 04-CV-12253 |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

　　The undersigned counsel and parties hereby affirm that counsel and clients have conferred (a) with a view to establish a budget for the costs of conducting the full course – and various alternative courses – of this litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

On behalf of the Defendants,


/s/ Stephen Brooks
_____
Vice President
Arsenberger Trucking Co.
681 Mill Run Road
P.O. Box 161
Mill Run, PA  15464

The Defendants,
ARSENBERGER TRUCKING, INC. AND
J.T. FOSBRINK,

/s/Cheryl A. Enright
_____
Cheryl A. Enright, BBO No. 552237
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA  02210-1181
Tel. (617) 737-8836
Fax (617) 342-4857

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that this document filed through the EFC system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 20th day of June, 2007.

/s/Cheryl A. Enright
_____
Cheryl A. Enright, BBO No. 552237