UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12253MLW

| | |
|---|---|
| STEVEN McDERMOTT, et al., | ) |
|     Plaintiffs, | ) |
| v. | ) |
| FEDEX GROUND PACKAGE SYSTEMS, INC., et al., | ) |
|     Defendants. | ) |

**CARDINAL HEALTH 200, INC. f/k/a ALLEGIANCE HEALTH CARE INC.'S CORPORATE DISCLOSURE STATEMENT**

    Defendant Cardinal Health 200, Inc. f/k/a Allegiance Healthcare, Inc., pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, hereby identifies that it is a wholly owned subsidiary of Cardinal Health, Inc., its parent corporation.

        Defendant,
        CARDINAL HEALTH, 200, INC. F/K/A
        ALLEGIANCE HEALTHCARE, INC.
        By its attorneys,

        /s/ Michael D. Riseberg
        John F.X. Lawler, BBO #546910
        Michael D. Riseberg, BBO #567771
        Erica B. Mecler, BBO #664709
        **ADLER POLLOCK & SHEEHAN P.C.**
        175 Federal Street
        Boston, MA  02110
        (617) 482-0600

**CERTIFICATE OF SERVICE**

The undersigned certifies that on **June 20, 2007** this document is being filed through the ECF system and, accordingly, is being sent electronically to the registered participants as identified on the Notice of Electronic Filing and a paper copy will be sent to any party indicated as a non registered participant.

/s/ Michael D. Riseberg
Michael D. Riseberg, BBO #567771

*421103_1*