UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN McDERMOTT,<br>STACEY MCDERMOTT<br>    Plaintiffs,<br><br>vs.<br><br>FED EX GROUND PACKAGE<br>SYSTEMS, INC., et al.<br>    Defendants | Civil Action No.: 04-CV-12253 |

## JOINT PROPOSED AMENDED SCHEDULING ORDER

The parties to this action, Steven and Stacey McDermott; FedEx Ground Package System, Inc.; T.S. Pruitt; Lorraine Odzana, Administratrix of the Estate of James J. Odzana; Shoreline Transportation, Inc.; Jaclyn Paletta, Administratrix of the Estate of Mario J. Castro; Arsenberger Trucking, Inc.; J.T. Fosbrink; Allegiance Healthcare, Inc.; D. Ponce; E.W. Wylie Corporation; D.W. Smith; and Ryder Truck Rental, Inc. hereby submit this proposed scheduling order. All of the proposals contained herein are made jointly by the parties.

1. Written discovery and non-expert depositions completed by November 15, 2007.

2. Plaintiffs' experts disclosed by November 30, 2007.

3. Plaintiffs' experts depositions by January 31, 2008.

4. Defendants' experts disclosed by March 15, 2008.

5. Defendants' expert depositions completed by May 1, 2008.

6. Dispositive Motions filed by May 15, 2008; and

7. Pretrial conference scheduled for June, 2008.

| | |
|---|---|
| **The Plaintiffs**<br>**STEVEN & STACEY MCDERMOTT**<br>**By Their Attorneys,** | **The Defendants**<br>**FED EX GROUND SYSTEM, INC.**<br>**and T.S. PRUITT**<br>**By Their Attorneys,** |
| /s/ Joseph Mahaney | /s/ Adam A. Larson |
| Joseph M. Mahaney<br>Goeguen, McLaughlin, Richards & Mahaney, P.C.<br>The Harrier Beecher Stowe House<br>Two Pleasant Street<br>South Natick, MA 01760<br>(508) 651-1000 | James M. Campbell (BBO # 541882)<br>Adam A. Larson (BBO# 632634)<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |
| /s/ Howard M. Kahalas | |
| Howard M. Kahalas<br>Michael P. Welsh<br>Law Office of Howard M. Kahalas<br>Six Beacon Street, Suite 700<br>Boston, MA 02108<br>Phone: 617-523-1155 | |
| **The Defendants**<br>**SHORELINE TRANSPORTATION and**<br>**JACLYN PALETTA**<br>**By Their Attorneys,** | **The Defendant**<br>**LORRAINE ODZANA**<br>**By Her Attorneys,** |
| /s/ Brian J. Donegan | /s/ Michele Carlucci |
| Brian J. Donegan<br>Neville & Kerr LLC<br>24 Muzzey Street<br>Lexington, MA 02421<br>(781) 372-7200 | Maynard M. Kirpalani<br>Michele Carlucci<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>155 Federal Street<br>Boston, MA 02110<br>(617) 422-5300 |

| | |
|---|---|
| The Defendant<br>ARSENBERGER TRUCKING, INC. and<br>J.T. FOSBRINK<br>By Their Attorneys, | The Defendant<br>ALLEGIANCE HEALTHCARE, INC.<br>And D. PONCE<br>By Their Attorneys, |
| /s/ Cheryl A. Enright | /s/ Michael D. Riseberg |
| Cheryl A. Enright<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA  02210<br>(617) 737-8836 | Michael D. Riseberg<br>Adler, Pollock & Sheehan, PC<br>175 Federal Street<br>Boston, MA  02110<br>(617) 482-0600 |
| The Defendant<br>E.W. WYLIE CORPORATION and<br>D.W. SMITH<br>By Their Attorneys, | The Defendant<br>RYDER TRUCK RENTAL, INC.<br>By Their Attorneys, |
| /s/ Kevin M. Riordan | /s/ Scott J. Tucker |
| Kevin M. Riordan<br>Boyle, Morrissey & Campo, P.C.<br>695 Atlantic Avenue<br>Boston, MA  02127<br>(617) 451-2000 | Scott J. Tucker<br>Tucker, Heifetz & Saltzman<br>Three School Street<br>Boston, MA  02108<br>(617) 557-9696 |

## CERTIFICATE OF SERVICE

I, Adam A. Larson, of Campbell Campbell Edwards & Conroy Professional Corporation, hereby certify that on June 20, 2007 a true copy of the above document was served upon the attorney of record by First Class Mail and electronically.

/s/ Adam A. Larson

Adam A. Larson