UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12253MLW

|  |  |
|---|---|
| STEVEN MCDERMOTT and<br>STACEY MCDERMOTT,<br>    Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC.,<br>T.S. PRUITT, ALLEGIANCE HEALTHCARE<br>INC., D. PONCE, E.W. WYLIE<br>CORPORATION, D.W. SMITH,<br>ARSENBERGER TRUCKING, INC.,<br>J.T. FOSBRINK, RYDER TRUCK RENTAL,<br>LORRAINE ODZANA as ADMINISTRATRIX<br>OF THE ESTATE OF JAMES J. ODZANA,<br>SHORELINE TRANSPORTATION, INC.<br>JACYLYN PALETTA as ADMINISTRATRIX<br>OF THE ESTATE OF MARIO J. CASTRO,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Now comes the undersigned, Erica B. Mecler, and hereby enters her appearance as counsel for the above-captioned Defendants, Allegiance Healthcare, Inc. and D. Ponce.

Respectfully submitted,

THE DEFENDANTS,
ALLEGIANCE HEALTHCARE, INC.
AND D.PONCE,
By their attorneys,

Date: June 20, 2007

/s/ Erica B. Mecler
John F.X. Lawler, BBO #546910
Michael D. Riseberg, BBO #567771
Erica B. Mecler, BBO #664709
**ADLER POLLOCK & SHEEHAN P.C.**
175 Federal Street
Boston, MA 02110
(617) 482-0600

## CERTIFICATE OF SERVICE

  The undersigned certifies that on **June 20, 2007** this document is being filed through the ECF system and, accordingly, is being sent electronically to the registered participants as identified on the Notice of Electronic Filing and a paper copy will be sent to any party indicated as a non registered participant.

               /s/ Erica B. Mecler
               Erica B. Mecler, BBO #664709

*421166_1*