UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN MCDERMOTT and  )<br>STACEY MCDERMOTT         )<br>    Plaintiffs,                    )<br>                                           )<br>v.                                        )<br>                                           )<br>FEDEX GROUND PACKAGE SYSTEMS, )<br>INC., T.S. PRUITT, ALLEGIANCE     )<br>HEALTHCARE, INC., D. PONCE, E.W. )<br>WYLIE CORPORATION, D.W. SMITH, )<br>ARSENBERGER TRUCKING, INC., J.T. )<br>FOSBRINK, RYDER TRUCK RENTAL, )<br>LORRAINE ODZANA as                  )<br>ADMININSTRATRIX OF THE ESTATE )<br>OF JAMES J. ODZANA, SHORELINE )<br>TRANSPORTATION, INC., JACLYN   )<br>PALETTA as ADMINISTRATRIX OF    )<br>THE ESTATE OF MARIO J. CASTRO  )<br>    Defendants.                   )<br>                                           ) | DOCKET NO: 04-CV-12253 |

## ANSWER OF THE DEFENDANT, J.T. FOSBRINK, TO CROSSCLAIM OF T.S. PRUITT

### FIRST DEFENSE

T.S. Pruitt's Crossclaim fails to state a claim against the defendant upon which relief can be granted.

### SECOND DEFENSE

The defendant responds to the allegations contained in T.S. Pruitt's Crossclaim, paragraph by paragraph, as follows:

## COUNT III

(Contribution – J.T. Fosbrink)

5. The Crossclaim defendant, J.T. Fosbrink denies the allegations contained in Paragraph 5 of Count III of T.S. Pruitt's Crossclaim.

6. The Crossclaim defendant, J.T. Fosbrink denies the allegations contained in Paragraph 6 of Count III of T.S. Pruitt's Crossclaim.

WHEREFORE, the Crossclaim defendant, J.T. Fosbrink denies that T.S. Pruitt is entitled to recovery in any amount.

## JURY DEMAND

The defendant, J.T. Fosbrink, demands a trial as to all issues raised in the Crossclaim of T.S. Pruitt.

Respectfully submitted,

The Defendant,
J.T. FOSBRINK,
By its Attorneys,

/s/Cheryl A. Enright
_____
Cheryl A. Enright, BBO No. 552237
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA  02210-1181
Tel. (617) 737-8836
Fax (617) 342-4857

CERTIFICATE OF SERVICE

      I hereby certify that is document filed through the EFC system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 22nd day of June, 2007.

/s/Cheryl A. Enright
_____
Cheryl A. Enright, BBO No. 552237