UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN MCDERMOTT and STACEY MCDERMOTT<br>Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE, INC., D. PONCE, E.W. WYLIE CORPORATION, D.W. SMITH, ARSENBERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL, LORRAINE ODZANA as ADMININSTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORTATION, INC., JACLYN PALETTA as ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO<br>Defendants. | DOCKET NO: 04-CV-12253 |

ANSWER OF THE DEFENDANT, ARSENBERGER TRUCKING, INC.,
TO CROSSCLAIM OF T.S. PRUITT

FIRST DEFENSE

T.S. Pruitt's Crossclaim fails to state a claim against the defendant upon which relief can be granted.

SECOND DEFENSE

The defendant responds to the allegations contained in T.S. Pruitt's Crossclaim, paragraph by paragraph, as follows:

<u>COUNT X</u>

(Contribution – Arsenberger Trucking, Inc.)

19.    The Crossclaim defendant, Arsenberger Trucking, Inc., denies the allegations contained in Paragraph 19 of Count X of T.S. Pruitt's Crossclaim.

20.    The Crossclaim defendant, Arsenberger Trucking, Inc. denies the allegations contained in Paragraph 20 of Count X of T.S. Pruitt's Crossclaim.

WHEREFORE, the Crossclaim defendant, Arsenberger Trucking, Inc. denies that T.S. Pruitt is entitled to recovery in any amount.

<u>JURY DEMAND</u>

The defendant, Arsenberger Trucking, Inc., demands a trial as to all issues raised in the Crossclaim of T.S. Pruitt.

Respectfully submitted,

The Defendant,
ARSENBERGER TRUCKING, INC.,
By its Attorneys,

/s/Cheryl A. Enright

_____
Cheryl A. Enright, BBO No. 552237
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA  02210-1181
Tel. (617) 737-8836
Fax (617) 342-4857

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that is document filed through the EFC system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 22nd day of June, 2007.

/s/Cheryl A. Enright

_____

Cheryl A. Enright, BBO No. 552237