UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO.: 04-CV-12253MLW

| | |
|---|---|
| STEVEN MCDERMOTT and STACEY MCDERMOTT,<br>    Plaintiffs<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE INC., D. PONCE, E.W. WYLIE CORPORATION, D.W. SMITH, ARSENBERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL, LORRAINE ODZANA as ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORTATION, INC., JACYLYN PALETTA as ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO,<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Now comes the defendant, E.W. Wylie Corporation, pursuant to its obligations under Rule 7.3 of the local rules for the District of Massachusetts and states that E.W. Wylie Corporation is a wholly-owned subsidiary of Varistar Corporation.

Date: 7/3/07

THE DEFENDANT, E.W. WYLIE
CORPORATION
BY ITS ATTORNEYS,

_____
Anthony M. Campo, BBO# 552093
Kevin M. Riordan, BBO# 652785
Boyle, Morrissey & Campo, P.C.
695 Atlantic Ave.
Boston, MA 02111
(617) 451-2000