# EXHIBIT B

Case 1:04-cv-12253-JLA   Document 89-3   Filed 07/06/2007   Page 1 of 8

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT

 2              DISTRICT OF MASSACHUSETTS

 3

 4   Case No. 04-CV-12253              COPY

 5   _____

 6   STEVEN McDERMOTT and

 7   STACEY McDERMOTT,

 8

 9          Plaintiffs,

10

11      vs.

12

13   FED EX GROUND PACKAGE

14   SYSTEM, INC., T.S. PRUITT,

15

16          Defendants.

17   _____

18              DEPOSITION OF

19              BRADLEY BEACH

20          Tuesday, August 15, 2006
```

Page:

1           DEPOSITION OF BRADLEY BEACH,

2   taken by the Defendants at the Holiday

3   Inn, 200 Tigue Street, Dunmore,

4   Pennsylvania, before Susan D. Kashmere,

5   RPR an Notary Public, on Tuesday,

6   August 15, 2006, commencing at

7   11:30 a.m.

8

9

10

11

12

13

14

15

16

17

18

19

20

Page 3

```
 1   A P P E A R A N C E S:

 2

 3      On behalf of the Plaintiffs:

 4          GOGUEN, McLAUGHLIN, RICHARDS &

 5          MAHANEY, LLP

 6          2 Pleasant Street

 7          South Natick, Massachusetts 01760

 8          (508) 651-1000

 9          BY:  JOSEPH M. MAHANEY, ESQ.

10

11

12      On behalf of the Defendants:

13          CAMPBELL, CAMPBELL, EDWARDS &

14          CONROY

15          One Constitution Plaza

16          Third Floor

17          Boston, Massachusetts 02129

18          (617) 241-3000

19          BY:  MICHAEL R. BROWN, ESQ.

20
```

1                           I N D E X

2

3    WITNESS:   BRADLEY BEACH

4

5                                                      PAGE

6    DIRECT EXAMINATION BY MR. BROWN            6

7    CROSS-EXAMINATION BY MR. MAHANEY           83

8    REDIRECT EXAMINATION BY MR. BROWN         149

9

10

11                        E X H I B I T S

12

13   NUMBER            DESCRIPTION                    PAGE

14     1        Subpoena issued to

15              Trooper Bradley Beach               16

16

17

18

19

20

```
 1         speed on it.
 2    Q.   Are you aware of a truck that was
 3         owned by Allegiance?
 4    A.   Yes.
 5    Q.   And can you tell me -- and please feel
 6         free to refer to the accident
 7         reports -- can you tell me where that
 8         ended up at the end of the accident?
 9    A.   That one I'd have to look which one
10         Allegiance was.
11                        That was the basic cause
12         of the whole crash.  He wound up
13         several hundred feet west of where all
14         the other vehicles came to rest and it
15         would have been on the north berm on
16         its left side.
17    Q.   Do you recall the nature of how he
18         came to rest there, the nature of his
19         part of the collision?
20    A.   He came to rest as a result of being
```

Page 154

1        AGENCY CERTIFICATE

2

3        We hereby certify that a

4    Notary Public, in and for the State of

5    Pennsylvania, duly commissioned and

6    qualified to administer oaths, swore in

7    BRADLEY BEACH, witness.

8

9        We further certify that the

10   foregoing deposition was taken

11   stenographically by a representative of

12   our firm in the presence of counsel and

13   reduced to typewriting under our

14   direction, and the foregoing is a true

15   and accurate transcript of the

16   testimony.

17

18       We further certify that we are

19   neither of counsel nor attorney to

20   either of the parties to said suit, nor

1    are we an employee of either party to

2    said suit, nor are we interested in the

3    outcome of said cause.

4

5            Certified by Braxton Depositions

6    this 15th day of September, 2006.

7

8

9    _____

10   BRAXTON DEPOSITIONS