# EXHIBIT C



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

### CARDINAL HEALTH 200, INC. Summary Screen

Help with this form

[ Request a Certificate ]

| | |
|---|---|
| The exact name of the Foreign Corporation: | CARDINAL HEALTH 200, INC. |
| The name was changed from: | ALLEGIANCE HEALTHCARE CORPORATION on 1/6/2003 |
| Entity Type: | Foreign Corporation |
| Identification Number: | 364095186 |
| Old Federal Employer Identification Number (Old FEIN): | 000000000 |
| Date of Registration in Massachusetts: | 08/28/1996 |
| The is organized under the laws of: | State: DE   Country: USA   on: Jun 26 1996 |
| Current Fiscal Month / Day: 12 / 31 | Previous Fiscal Month / Day: 01 / 01 |

**The location of its principal office:**
No. and Street: 7000 CARDINAL PLACE
City or Town: DUBLIN    State: OH    Zip: 60085    Country: USA

**The location of its Massachusetts office, if any:**
No. and Street:
City or Town:    State:    Zip:    Country:

**Name and address of the Registered Agent:**
Name: CORPORATION SERVICE COMPANY
No. and Street: 84 STATE STREET
City or Town: BOSTON    State: MA    Zip: 02109    Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | MICHAEL A. LYNCH | 7000 CARDINAL PLACE<br>DUBLIN, OH 43017 USA | |
| TREASURER | LINDA S. HARTY | 7000 CARDINAL PLACE<br>DUBLIN, OH 43017 USA | |
| SECRETARY | IVAN K. FONG | 7000 CARDINAL PLACE<br>DUBLIN, OH 43017 USA | |
| VICE PRESIDENT | SCOTT A. GREGG | | |

|  |  |  | 7000 CARDINAL PLACDE<br>DUBLIN, OH 43017 USA |  |
|---|---|---|---|---|
|  | DIRECTOR | LINDA S. HARTY | 7000 CARDINAL PLACE<br>DUBLIN, OH 43017 USA |  |

**business entity stock is publicly traded:** __

The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:

| Class of Stock | Par Value Per Share<br>Enter **0** if no Par | Total Authorized by Articles<br>of Organization or Amendments<br>*Num of Shares*   *Total Par Value* || Total Issued<br>and Outstanding<br>*Num of Shares* |
|---|---|---|---|---|
| CWP | $1.00000 | 1,000 | $1,000.00 | 1,000 |

__ Consent  __ Manufacturer  __ Confidential Data  __ Does Not Require Annual Report
__ Partnership  __ Resident Agent  __ For Profit  __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement

[ View Filings ]   [ New Search ]

**Comments**

© 2001 - 2007 Commonwealth of Massachusetts
All Rights Reserved                                                                                          Help



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## Public Browse and Search - Filing Results

Help with this form

**Entity Name:** CARDINAL HEALTH 200, INC.

| Request a Certified Copy Select All ☐ | Type of Filing | Year Filed | Filed Date | FilingNum | File(s) |
|---|---|---|---|---|---|
| ☐ | Annual Report | 2005 | 8/29/2006 4:12:00 PM | 200655213750 | 200655213750_1.pdf, 2 pgs, 33522 bytes |
| ☐ | Annual Report | 2002 | 8/8/2005 2:27:00 PM | 200521297880 | 200521297880_1.pdf, 2 pgs, 33512 bytes |
| ☐ | Annual Report | 2004 | 4/20/2005 11:46:00 AM | 200512263490 | 200512263490_1.pdf, 2 pgs, 33489 bytes |
| ☐ | Annual Report | 2003 | 9/15/2004 11:13:00 AM | 200485693230 | 200485693230_1.pdf, 2 pgs, 33584 bytes |
| ☐ | Annual Report | 2003 | 12/3/2003 | 200357331680 | 200357331680_1.pdf, 2 pgs, 67131 bytes |
| ☐ | Amended Foreign Corporations Certificate | | 1/6/2003 | 200329554950 | 200329554950_1.pdf, 4 pgs, 81496 bytes |
| ☐ | Annual Report | 2001 | 9/30/2002 | 200332728300 | 200332728300_1.pdf, 1 pgs, 40819 bytes |
| ☐ | Amended Foreign Corporations Certificate | | 8/6/2002 | 200219494890 | 200219494890_1.pdf, 2 pgs, 41767 bytes |
| ☐ | Annual Report | 2000 | 8/20/2001 | 020503943941 | Index Number = 01082042 (1 pages) |
| ☐ | Amended Foreign Corporations Certificate | | 7/5/2000 | 020503676295 | Index Number = 00712977 (2 pages) |
| ☐ | Annual Report | 1999 | 1/24/2000 | 020503562384 | Index Number = 00005512 (1 pages) |
| ☐ | Annual Report | 1998 | 4/6/1999 | 020503373422 | Index Number = 99036293 (1 pages) |
| ☐ | Annual Report | 1997 | 1/22/1998 | 020503011054 | Index Number = 98005164 (1 pages) |

| | Annual Report | 1996 | 2/28/1997 | 020502813639 | Index Number = 97023990 (1 pages) |
|---|---|---|---|---|---|
| ☐ | Foreign Corporation Certificate | | 8/28/1996 | 020502728433 | Index Number = 96241028 (6 pages) |
| Request | Annual Reports and No Fee changes have a retention period of ten years; therefore these documents are no longer available prior to December 31, 1993. | | | | |

© 2001 - 2007 Commonwealth of Massachusetts
All Rights Reserved