# EXHIBIT D

CSC  617 367 8314  01/06 '03 16:35 NO.662 02/05


Cardinal Health

7000 Cardinal Place
Dublin, Ohio 43017

tel 614.757.5000
fax 614.757.8919
www.cardinal.com

December 5, 2002

Secretary of the Commonwealth of Massachusetts
One Ashburton Place, 17th floor
Boston, Massachusetts 02108
Attn: Corporations Division

To Whom It May Concern:

Cardinal Health, Inc. is launching a new brand that aligns all our businesses behind a common name — Cardinal Health. As part of the branding conversion, we are changing the legal entity names of some of our wholly owned subsidiaries, to match the masterbrand strategy. Due to the similarity between the new legal entity names, each of the companies listed below hereby gives consent to each other to use the new names as indicated, in the state of Massachusetts:

| No. | Company * | New Name |
|---|---|---|
| 1. | Allegiance Healthcare Corporation | Cardinal Health 200, Inc. |
| 2. | Bindley Western Industries, Inc. | Cardinal Health 100, Inc. |
| 3. | Cardinal Health Staffing Network, Inc. | Cardinal Health 102, Inc. |
| 4. | James W. Daly, Inc. | Cardinal Health 106, Inc. |
| 5. | Owen Healthcare, Inc. | Cardinal Health 109, Inc. |
| 6. | Pyxis Corporation | Cardinal Health 301, Inc. |
| 7. | RedKey, Inc. | Cardinal Health 411, Inc. |

* All the companies are wholly owned subsidiaries of Cardinal Health, Inc.

Thank you.

Yours sincerely,

Michael P. Kennedy
Vice President & Deputy General Counsel

G:\LEGAL\Branding Initiative - Legal Entity Name Changes\Domestic\Consent letters\Massachusetts consent letter.doc

CSC                617 367 8314              01/06 '03 16:35 NO.662  03/05

FEDERAL IDENTIFICATION
NO. 36-4095186
Fee: $100.00

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## AMENDED FOREIGN CORPORATION CERTIFICATE
(General Laws, Chapter 181, Section 4)

We, Anthony J. Rucci _____, ~~President~~ / *Vice President,

and Michael P. Kennedy _____, ~~Clerk~~ / ~~Assistant Clerk~~ or ~~Secretary~~ / *Asst. Secretary,

of ALLEGIANCE HEALTHCARE CORPORATION _____,
(Exact name of corporation)

in compliance with the provisions of General Laws, Chapter 181, Section 4, certify that:

1. The name of the corporation has been changed to:
CARDINAL HEALTH 200, INC.

2. The location of its principal office has been changed to:

3. The location of its local office in the Commonwealth of Massachusetts has been changed to:

4. The activities of the corporation within the Commonwealth of Massachusetts have been changed to:

5. The date of the corporation's fiscal year end has been changed to:

6. The name and street address of the resident agent of the corporation in the Commonwealth of Massachusetts is:
Corporation Service Company    84 State Street    Boston, MA 02109

7. The jurisdiction under the laws of which the corporation is organized or governed has been changed to:

8. Other:

SIGNED UNDER THE PENALTIES OF PERJURY, this 12 day of DEC., 20 02,

_____ , ~~President~~ / *Vice President,
Anthony J. Rucci

_____ , ~~Clerk~~ / ~~Assistant Clerk~~ or ~~Secretary~~ / *Asst. Secretary.
Michael P. Kennedy
*Delete the inapplicable words.

Note: If this amendment involves a change of name or jurisdiction, a certificate of such change issued by an officer or agency properly authorized in the state or country in which foreign corporation is organized must be attached to this amended certificate. If such certificate is in a language other than English, a translation thereof under the oath of the translator must be attached.

CSC   617 367 8314   01/06 '03 16:35 NO.662 04/05



PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "ALLEGIANCE HEALTHCARE CORPORATION", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "CARDINAL HEALTH 200, INC.", THE SECOND DAY OF DECEMBER, A.D. 2002, AT 9 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE NOT HAVING BEEN CANCELLED OR DISSOLVED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.



2610958  8320

020784699

Harriet Smith Windsor
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 2159890

DATE: 12-19-02

CSC  617 367 8314  01/06 '03 16:36 NO.662 05/05

# THE COMMONWEALTH OF MASSACHUSETTS

## AMENDED FOREIGN CORPORATION CERTIFICATE
(General Laws, Chapter 181, Section 4)

I hereby approve the within Amended Foreign Corporation Certificate and, the filing fee in the amount of $ _100.—_ having been paid, said certificate is deemed to have been filed with me this _6_ day of _January_ 20 _03_.

*William Francis Galvin*

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

**FILED**

JAN 0 6 2003

SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

### TO BE FILLED IN BY CORPORATION
Photocopy of document to be sent to:

Corporation Service Company

84 State Street

Boston, MA 02109

Telephone: 617-272-9590

# EXHIBIT D

CSC                617 367 8314            01/06 '03 16:35 NO.662  02/05

 Cardinal Health

7000 Cardinal Place
Dublin, Ohio 43017

tel 614.757.5000
fax 011.757.8919
www.cardinal.com

December 5, 2002

Secretary of the Commonwealth of Massachusetts
One Ashburton Place, 17th floor
Boston, Massachusetts 02108
Attn: Corporations Division

**To Whom It May Concern:**

Cardinal Health, Inc. is launching a new brand that aligns all our businesses behind a common name — Cardinal Health. As part of the branding conversion, we are changing the legal entity names of some of our wholly owned subsidiaries, to match the masterbrand strategy. Due to the similarity between the new legal entity names, each of the companies listed below hereby gives consent to each other to use the new names as indicated, in the state of Massachusetts:

| No. | Company * | New Name |
|---|---|---|
| 1. | Allegiance Healthcare Corporation | Cardinal Health 200, Inc. |
| 2. | Bindley Western Industries, Inc. | Cardinal Health 100, Inc. |
| 3. | Cardinal Health Staffing Network, Inc. | Cardinal Health 102, Inc. |
| 4. | James W. Daly, Inc. | Cardinal Health 106, Inc. |
| 5. | Owen Healthcare, Inc. | Cardinal Health 109, Inc. |
| 6. | Pyxis Corporation | Cardinal Health 301, Inc. |
| 7. | RedKey, Inc. | Cardinal Health 411, Inc. |

* All the companies are wholly owned subsidiaries of Cardinal Health, Inc.

Thank you.

Yours sincerely,

Michael P. Kennedy
Vice President & Deputy General Counsel

G:\LEGAL\Branding Initiative - Legal Entity Name Changes\Domestic\Consent letters\Massachusetts consent letter.doc

CSC                   617 367 8314           01/06 '03 16:35 NO.662  03/05

FEDERAL IDENTIFICATION
NO. 36-4095186
Fee: $100.00

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## AMENDED FOREIGN CORPORATION CERTIFICATE
(General Laws, Chapter 181, Section 4)

We, Anthony J. Rucci _____, ~~President~~/ *Vice President,

and Michael P. Kennedy _____, ~~Clerk~~ / ~~Assistant Clerk~~ or ~~Secretary~~ *Asst. Secretary,

of ALLEGIANCE HEALTHCARE CORPORATION
(Exact name of corporation)

in compliance with the provisions of General Laws, Chapter 181, Section 4, certify that:

1. The name of the corporation has been changed to:
CARDINAL HEALTH 200, INC.

2. The location of its principal office has been changed to:

3. The location of its local office in the Commonwealth of Massachusetts has been changed to:

4. The activities of the corporation within the Commonwealth of Massachusetts have been changed to:

5. The date of the corporation's fiscal year end has been changed to:

6. The name and street address of the resident agent of the corporation in the Commonwealth of Massachusetts is: Corporation Service Company   84 State Street   Boston, MA 02109

7. The jurisdiction under the laws of which the corporation is organized or governed has been changed to:

8. Other:

SIGNED UNDER THE PENALTIES OF PERJURY, this 12 day of DEC., 20 02,

_Anthony J. Rucci_ _____, ~~President~~ / *Vice President,

_Michael P. Kennedy_ _____, ~~Clerk~~ / ~~Assistant Clerk~~ or ~~Secretary~~ /*Asst. Secretary.

*Delete the inapplicable words.
Note: If this amendment involves a change of name or jurisdiction, a certificate of such change issued by an officer or agency properly authorized in the state or country in which such foreign corporation is organized must be attached to this amended certificate. If such certificate is in a language other than English, a translation thereof under the oath of the translator must be attached.

CSC     617 367 8314     01/06 '03 16:35 NO.662 04/05



PAGE 1

*The First State*

    I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "ALLEGIANCE HEALTHCARE CORPORATION", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "CARDINAL HEALTH 200, INC.", THE SECOND DAY OF DECEMBER, A.D. 2002, AT 9 O'CLOCK A.M.

    AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE NOT HAVING BEEN CANCELLED OR DISSOLVED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

2610958    8320        AUTHENTICATION: 2159890

020784699                DATE: 12-19-02

CSC            617 367 8314            01/06 '03 16:36 NO.662 05/05

# THE COMMONWEALTH OF MASSACHUSETTS

## AMENDED FOREIGN CORPORATION CERTIFICATE
(General Laws, Chapter 181, Section 4)

I hereby approve the within Amended Foreign Corporation Certificate and, the filing fee in the amount of $ _100.—_ having been paid, said certificate is deemed to have been filed with me this _6_ day of _January_ 20_03_.

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

**FILED**
JAN 0 6 2003
SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

### TO BE FILLED IN BY CORPORATION
Photocopy of document to be sent to:

Corporation Service Company

84 State Street

Boston, MA 02109

Telephone: 617-272-9590