# EXHIBIT F





Home > About us >

# Facts

Cardinal Health is a $80 billion, global company serving the healthcare industry with products and services that help hospitals, physician offices and pharmacies reduce costs, improve safety, productivity and profitability, and deliver better care to patients. With a focus on making supply chains more efficient, reducing hospital-acquired infections and breaking the cycle of harmful medication errors, Cardinal Health develops market-leading technologies. The company also manufactures medical and surgical products and is one of the largest distributors of pharmaceuticals and medical supplies worldwide.

Through our commitment to customer service and operational excellence, we are becoming the premier global healthcare company.

**Company Facts (Fiscal 2006)**

| | |
|---|---|
| Market focus: | Healthcare |
| History: | Founded in 1971 by current Chairman Robert D. Walter |
| President and CEO: | R. Kerry Clark |
| Number of employees: | more than 40,000 |
| Revenue: | $80 billion |
| Operating earnings: | $1.8 billion |
| Global reach: | Business operations on five continents |
| Customers: | Our customers are global retail and mail-order pharmacies, hospitals, medical centers, clinics, physicians, pharmacists and other providers of healthcare. |
| Status: | Ranked No. 19 on the *Fortune* magazine's list of the 500 largest U.S. corporations and No. 1 in its sector on *Fortune*'s ranking of Most Admired firms |

**Every day, Cardinal Health:**
- Makes more than 50,000 deliveries to 40,000 customer sites, including hospitals, pharmacies and other points of care
- Manufactures more than 4 million medical/surgical products, used in 50 percent of all surgeries and by 90 percent of all hospitals in the U.S.
- Helps caregivers dispenses more than 5 million doses of medicine via its Alaris· infusion safety systems or Pyxis· automation solutions

**Customers**
Our customers are global retail and mail-order pharmacies, hospitals, medical centers, clinics, physicians, pharmacists and other providers of health care.

**Products and Services**
Cardinal Health delivers integrated solutions in supply-chain management, medication management, clinical services and manufacturing to help customers fulfill their mission of providing better patient care.

*Supply chain services* – distributes one-third of all pharmaceuticals, medical, lab and surgical products in the U.S. from manufacturers to providers of health care. Provides a full

line of services to improve pharmacies serving retail and mail-order customers, health systems and long-term care facilities. Each day, Cardinal Health makes more than 50,000 deliveries to 40,000 customer sites, including hospitals, pharmacies and other points of care.

**Medical products** – develops and manufactures surgical instruments, respiratory care products, fluid suction and irrigation products, surgical drapes, masks, gowns and gloves and surgical packs. Manufactures more than four million medical/surgical products every day that are used in 50 percent of all surgeries and by 90 percent of all hospitals in the U.S.

**Alaris® products** – develops and manufactures the market-leading line of intravenous infusion systems.

**Pyxis® products** – develops and manufactures the market-leading line of hospital automation systems for medicine and supplies.

**CareFusion® products** – develops barcode patient identification systems for bedside verification.

**MedMined Data Mining Surveillance®** – reduces the incidence of hospital-acquired infections through real-time clinical data mining, which acts as a "smoke alarm" for infections.

**Pharmacy Management** – provides best practices and expertise in managing and consulting with acute care pharmacies, and is one of the largest employers of hospital pharmacists, with 1,000 pharmacists, including 110 clinical specialists.

**Rxe-source** – a nationwide remote medication order entry and review service for acute care pharmacies, processing about 3.3 million order lines remotely each year and identifying about 18,000 potential patient safety events.

**Nuclear Pharmacy Services** – operates 170 nuclear pharmacies delivering 14 million radio-pharmaceutical doses to hospitals and outpatient care centers every year.

**Medicine Shoppe International** – leading franchisor of retail, apothecary-style pharmacies with nearly 1,000 Medicine Shoppe® and Medicap Pharmacy® stores, including more than 300 pharmacies outside the United States.