# EXHIBIT G



Home   Contact us   Search   Go



About us | Our businesses | Investors | News/Media | Careers

**Products and services**

Select

- Transportation services home
- Map of locations
- Quick facts

# Transportation services

Map of our distribution center locations

### 40 Distribution Centers, Nationwide



**Alabama**
- Birmingham (Bessemer)

**Arizona**
- Phoenix (Tempe)

**California**
- Los Angeles (Ontario)
- San Francisco/Sacramento (Dixon)

**Colorado**
- Denver (Englewood)

**Florida**
- Jacksonville
- Miami/Ft. Lauderdale (Weston)
- Tampa

**Georgia**
- Atlanta (Norcross)

**Hawaii**
- Honolulu (Kapolei)

**Idaho**
- Boise

**Illinois**
- Chicago (Waukegan)

**Indiana**
- Indianapolis

**Kansas**
- Kansas City (Overland Park)

**Kentucky**
- Louisville

**Louisiana**
- Baton Rouge (Hammond)

**Maryland**

**Minnesota**
- Minneapolis/St. Paul (Champlin)

**Missouri**
- St. Louis (Earth City)

**Nebraska**
- Omaha

**New York/New Jersey**
- Buffalo (Depew)
- New York City West (Edison, NJ)
- New York City North (Montgomery)

**North Carolina**
- Charlotte
- Durham

**Ohio**
- Cincinnati
- Cleveland (Solon)
- Columbus (Obetz)

**Oregon**
- Portland (Wilsonville)

**Pennsylvania**
- Philadelphia (Swedesboro, NJ)
- Pittsburgh (Warrendale)

**Tennessee**
- Memphis
- Nashville (La Vergne)

**Texas**
- Dallas/Fort Worth (Grand Prairie)
- Houston
- San Antonio

**Utah**

- Baltimore
**Massachusetts**
- Boston (Bedford)
**Michigan**
- Detroit (Romulus)

- Salt Lake City
**Washington**
- Seattle/Tacoma

Home    Sitemap    Contact us    Legal    Privacy policy