# EXHIBIT I



Nuclear Pharmacy Services

INVESTOR RELATIONS
CAREERS
OUR BUSINESSES
ABOUT US
NEWS

**The Total Solution™:** | **Nuclear Pharmacy** | **Department Management** | **Safety and Compliance**

**About Us**
**Operational Excellence**
**Industry Leadership**
**Events**
**News**
**Pharmacy Locations**

# About us
## Our Locations



>**Nuclear Pharmacies**   >**PET Services**   >**Staffing**

Our Nuclear Pharmacy locations listed geographically:

**Alabama**
- Birmingham
- Gadsden
- Huntsville

**Arizona**
- Tempe
- Tucson

**Arkansas**
- Fort Smith
- Jonesboro
- Little Rock
- Springdale

**California**
- Bakersfield
- Colton
- Fresno
- Modesto
- Orange County
- Palm Springs
- Redding
- Richmond
- Sacramento
- San Diego
- San Jose
- Torrance (L.A.)

**Illinois**
- Elmhurst
- Springfield

**Indiana**
- Ft. Wayne
- Griffith
- Indianapolis
- South Bend
- Terre Haute

**Kansas**
- Wichita

**Kentucky**
- Bowling Green
- Lexington
- Louisville

**Louisiana**
- Baton Rouge
- Houma
- Lafayette
- New Orleans
- Shreveport
- Slidell
- West Monroe

**Nebraska**
- Lincoln
- Omaha

**Nevada**
- Las Vegas
- Reno

**New Jersey**
- East Rutherford

**New Mexico**
- Albuquerque

**New York**
- Albany
- Bronx
- Buffalo
- Long Island
- Newburgh
- Plainview
- Rochester
- Syracuse

**North Carolina**
- Asheville
- Charlotte
- Fayetteville

**Rhode Island**
- Providence

**South Carolina**
- Columbia

**South Dakota**
- Sioux Falls

**Tennessee**
- Algood
- Chattanooga
- Jackson
- Knoxville
- Memphis
- Nashville

**Texas**
- Abilene
- Amarillo
- Austin
- Corpus Christi
- Dallas
- El Paso
- Houston
- Lubbock
- Midland
- Orange

- Van Nuys (L.A.)

### Colorado
- Aurora
- Colorado Springs
- Denver
- Fort Collins

### Connecticut
- Hartford
- Stamford

### DC District of Columbia
- Washington, DC

### Delaware
- Seaford

### Florida
- Ft. Lauderdale
- Ft. Myers
- Gainesville
- Jacksonville
- Miami
- Ocala
- Orlando
- Sarasota
- Tampa
- W. Palm Beach (Jupiter)
- Winter Haven

### Georgia
- Atlanta
- Augusta
- Columbus
- Rome

### Idaho
- Boise

### Iowa
- Des Moines

### Maryland
- Baltimore
- Silver Spring (Wash.DC)

### Massachusetts
- Boston

### Michigan
- Detroit (Southfield)
- Grand Rapids
- Swartz Creek

### Minnesota
- Duluth
- Moorhead (Fargo)
- St. Paul

### Mississippi
- Hattiesburg
- Jackson
- Meridian
- Tupelo

### Missouri
- Joplin
- Kansas City
- Springfield
- St. Louis

- Greensboro
- New Bern
- Raleigh
- Wilmington

### Ohio
- Akron
- Cincinnati
- Cleveland
- Columbus
- Dayton
- Toledo (Holland)
- Youngstown

### Oklahoma
- Oklahoma City
- Tulsa

### Oregon
- Medford
- Portland
- Springfield

### Pennsylvania
- Altoona
- Bethlehem
- Bradford
- Bristol
- Harrisburg
- Philadelphia
- Pittsburgh

- San Antonio
- Sherman
- Tyler

### Utah
- Salt Lake City

### Virginia
- Charlottesville
- Norfolk (Virginia Beach)
- Richmond
- Roanoke

### Washington
- Kennewick
- Seattle
- Spokane
- Tacoma

### West Virginia
- Huntington
- Princeton

### Wisconsin
- Appleton
- Madison
- Marshfield
- Milwaukee (Wauwatosa)

Contact Us    Product Safety    Legal    Privacy Policy    Site Index    Search    Home