UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN McDERMOTT, STACEY MCDERMOTT<br>Plaintiffs,<br><br>vs.<br><br>FED EX GROUND PACKAGE SYSTEMS, INC., et al.<br>Defendants | Civil Action No.: 04-CV-12253 |

### AFFIDAVIT OF ADAM A. LARSON IN SUPPORT OF FEDEX GROUND PACKAGE SYSTEM, INC.'S AND TIM PRUITT'S OPPOSITION TO CARDINAL HEALTH 200, INC. f/k/a ALLEGIANCE HEALTH CARE, INC.'S MOTION TO DISMISS

I, Adam A. Larson, counsel for Fedex Ground Package System, Inc., and Tim Pruitt hereby depose and state as follows:

1. I am an attorney at Campbell Campbell Edwards & Conroy, P.C and am duly licensed to practice law in the United States District Court for the District of Massachusetts.

2. The documents attached to FedEx's and Tim Pruitt's Opposition to Cardinal Health 200, Inc. f/k/a Allegiance Health Care, Inc.'s Motion to Dismiss as *Exhibits A - I* are true and genuine copies of those documents.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 6th day of July, 2007.

_____
Adam A. Larson