UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN McDERMOTT and STACEY McDERMOTT<br>Plaintiffs,<br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE, INC., D. PONCE, E. W. WYLIE CORPORATION, D.W. SMITH, ARSENBERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL; LORRRAINE ODZANA as ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORTATION, INC.; JACYLYN PALETTA as ADMINISTRATIX OF THE ESTATE OF MARIO J. CASTRO;<br>Defendants | CIVIL ACTION NO. 04-CV-12253MLW |

## PLAINTIFFS, STEVEN MCDERMOTT AND STACEY MCDERMOTT'S MOTION IN OPPOSITION TO THE DEFENDANT, ALLEGIANCE HEALTHCARE, INC.'S AND D. PONCE'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Now come the Plaintiffs and move this honorable Court to Dismiss Defendant's Motion to Dismiss for Lack of Personal Jurisdiction. Attached hereto are Memoranda of Law in Support of said Motion.

Respectfully submitted,
The Plaintiffs, Steven and Stacey McDermott,
By their attorneys,

/s/  Joseph M. Mahaney

---

Joseph M. Mahaney BBO# 5549042
Goguen, McLaughlin, Richards & Mahaney, LLP
The Harriet Beecher Stowe House
Two Pleasant Street
South Natick, MA 01760
(508) 651-1000

/s/  Michael P. Welsh

---

Michael P. Welsh  BBO# 555678
Law Office of Howard M. Kahalas
Six Beacon Street, Suite 700
Boston, MA 02108
(617) 523-1155

dated: July 6, 2007