UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN McDERMOTT and STACEY McDERMOTT<br>Plaintiffs,<br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE, INC., D. PONCE, E. W. WYLIE CORPORATION, D.W. SMITH, ARSENBERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL; LORRRAINE ODZANA as ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORTATION, INC.; JACYLYN PALETTA as ADMINISTRATIX OF THE ESTATE OF MARIO J. CASTRO;<br>Defendants | CIVIL ACTION NO. 04-CV-12253MLW |

### AFFIDAVIT OF JOSEPH M. MAHANEY IN SUPPORT OF STEVEN MCDERMOTT AND STACEY MCDERMOTT'S OPPOSITION TO THE DEFENDANT, ALLEGIANCE HEALTHCARE, INC.'S AND D. PONCE'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Joseph M. Mahaney, counsel for the Plaintiffs in the above entitled matter state as follows

1. That I am an attorney licensed to practice in the United States District Court for the District of Massachusetts.

2.  That the documents attached to the Plaintiffs Oppositions (Exhibits A, B, and C) are true and genuine copies of those documents.

Signed under the pains and penalties of perjury this 6th day of July, 2007.

Joseph M. Mahaney