# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN McDERMOTT and <br> STACEY McDERMOTT <br> Plaintiffs, <br> v. <br><br> FEDEX GROUND PACKAGE <br> SYSTEMS, INC., T.S. PRUITT, <br> ALLEGIANCE HEALTHCARE, INC., <br> D. PONCE, E. W. WYLIE <br> CORPORATION, D.W. SMITH, <br> ARSENBERGER TRUCKING, INC., <br> J.T. FOSBRINK, RYDER TRUCK <br> RENTAL; LORRRAINE ODZANA as <br> ADMINISTRATRIX OF THE ESTATE <br> OF JAMES J. ODZANA, SHORELINE <br> TRANSPORTATION, INC.; JACYLYN <br> PALETTA as ADMINISTRATIX OF <br> THE ESTATE OF MARIO J. CASTRO; <br> Defendants | CIVIL ACTION NO.  04-CV-12253MLW |

## AFFIDAVIT OF COUNSEL

I, Joseph M. Mahaney, counsel for the Plaintiffs in the above entitled matter state as follows

1. That I am an attorney licensed to practice in the United States District Court for the District of Massachusetts.

2. That upon investigation, information and belief, the Defendant, Allegiance Healthcare, Inc., maintains a corporate office and distribution center at 26 Wiggins Avenue, Bedford, Massachusetts.

3. That upon information and belief, Allegiance Healthcare, Inc., supplies area hospitals and healthcare agencies with medical and pharmaceutical products and have been since 1996.

4. That Allegiance has filed foreign corporate certificates in both 1996 and 2002 and those documents are attached here as Exhibit B.

Signed under the pains and penalties of perjury this 6th day of July, 2007.

Joseph M. Mahaney