# EXHIBIT B



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**CARDINAL HEALTH 200, INC.** Summary Screen

[ Request a Certificate ]

The exact name of the Foreign Corporation: **CARDINAL HEALTH 200, INC.**

The name was changed from: **ALLEGIANCE HEALTHCARE CORPORATION** on **1/6/2003**

Entity Type: Foreign Corporation

Identification Number: 364095186

Old Federal Employer Identification Number (Old FEIN): 000000000

Date of Registration in Massachusetts: 08/28/1996

The is organized under the laws of: State: DE   Country: USA   on: Jun 26 1996

Current Fiscal Month / Day: 12 / 31                       Previous Fiscal Month / D:

**The location of its principal office:**
No. and Street: 7000 CARDINAL PLACE
City or Town: DUBLIN         State: OH   Zip: 60085   Country:

**The location of its Massachusetts office, if any:**
No. and Street:
City or Town:           State:       Zip:         Country:

**Name and address of the Registered Agent:**
Name: CORPORATION SERVICE COMPANY
No. and Street: 84 STATE STREET
City or Town: BOSTON          State: MA   Zip: 02109   Count

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Ex<br>o |
|---|---|---|---|
| PRESIDENT | MICHAEL A. LYNCH | 7000 CARDINAL PLACE<br>DUBLIN, OH 43017 USA | |

| | TREASURER | LINDA S. HARTY | 7000 CARDINAL PLACE DUBLIN, OH 43017 USA | |
| | SECRETARY | IVAN K. FONG | 7000 CARDINAL PLACE DUBLIN, OH 43017 USA | |
| | VICE PRESIDENT | SCOTT A. GREGG | 7000 CARDINAL PLACDE DUBLIN, OH 43017 USA | |
| | DIRECTOR | LINDA S. HARTY | 7000 CARDINAL PLACE DUBLIN, OH 43017 USA | |

business entity stock is publicly traded: ___

The total number of shares and par value, if any, of each class of stock which the business entity is aut issue:

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments | | Total Is and Outst |
| --- | --- | --- | --- | --- |
| | | *Num of Shares* | *Total Par Value* | *Num of S* |
| CWP | $1.00000 | 1,000 | $1,000.00 | 1,00( |

___ Consent             ___ Manufacturer         ___ Confidential Data        ___ Does Not Require Annual Re|
___ Partnership         ___ Resident Agent       ___ For Profit               ___ Merger Allowed

Select a type of filing from below to view this business entity filings:
ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement

[ View Filings ]    [ New Search ]

**Comments**

© 2001 - 2007 Commonwealth of Massachusetts
All Rights Reserved



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## Public Browse and Search - Filing Results

[?] Help with this form

**Entity Name:** CARDINAL HEALTH 200, INC.

| Request a Certified Copy Select All ☐ | Type of Filing | Year Filed | Filed Date | FilingNum | File(s) |
|---|---|---|---|---|---|
| ☐ | Annual Report | 2005 | 8/29/2006 4:12:00 PM | 200655213750 | 200655213750_1.pdf, 2 pgs, 33522 bytes |
| ☐ | Annual Report | 2002 | 8/8/2005 2:27:00 PM | 200521297880 | 200521297880_1.pdf, 2 pgs, 33512 bytes |
| ☐ | Annual Report | 2004 | 4/20/2005 11:46:00 AM | 200512263490 | 200512263490_1.pdf, 2 pgs, 33489 bytes |
| ☐ | Annual Report | 2003 | 9/15/2004 11:13:00 AM | 200485693230 | 200485693230_1.pdf, 2 pgs, 33584 bytes |
| ☐ | Annual Report | 2003 | 12/3/2003 | 200357331680 | 200357331680_1.pdf, 2 pgs, 67131 bytes |
| ☐ | Amended Foreign Corporations Certificate | | 1/6/2003 | 200329554950 | 200329554950_1.pdf, 4 pgs, 81496 bytes |
| ☐ | Annual Report | 2001 | 9/30/2002 | 200332728300 | 200332728300_1.pdf, 1 pgs, 40819 bytes |
| ☐ | Amended Foreign Corporations Certificate | | 8/6/2002 | 200219494890 | 200219494890_1.pdf, 2 pgs, 41767 bytes |
| ☐ | Annual Report | 2000 | 8/20/2001 | 020503943941 | Index Number = 01082042 (1 pages) |
| ☐ | Amended Foreign Corporations Certificate | | 7/5/2000 | 020503676295 | Index Number = 00712977 (2 pages) |
| ☐ | Annual Report | 1999 | 1/24/2000 | 020503562384 | Index Number = 00005512 (1 pages) |
| ☐ | Annual Report | 1998 | 4/6/1999 | 020503373422 | Index Number = 99036293 (1 pages) |
| ☐ | Annual Report | 1997 | 1/22/1998 | 020503011054 | Index Number = 98005164 (1 pages) |

|   | Annual Report | 1996 | 2/28/1997 | 020502813639 | Index Number = 97023990 (1 pages) |
|---|---|---|---|---|---|
| ☐ | Foreign Corporation Certificate |   | 8/28/1996 | 020502728433 | Index Number = 96241028 (6 pages) |
| [Request] | Annual Reports and No Fee changes have a retention period of ten years; therefore these documents are no longer available prior to December 31, 1993. |

© 2001 - 2007 Commonwealth of Massachusetts
All Rights Reserved

FEDERAL IDENTIFICATION
NO. 36-4095186
Fee: $100.00

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

O51

## AMENDED FOREIGN CORPORATION CERTIFICATE
(General Laws, Chapter 181, Section 4)

We, __Glenn L. Martin_____, *President / *Vice President,

and __Michael P. Kennedy_____, *Clerk / *Assistant Clerk or *Secretary / *Asst. Secretary,

of __Allegiance Healthcare Corporation_____,
(Exact name of corporation)

in compliance with the provisions of General Laws, Chapter 181, Section 4, certify that:

1. The name of the corporation has been changed to:

2. The location of its principal office has been changed to:
   7000 Cardinal Place, Dublin, Ohio 43017

3. The location of its local office in the Commonwealth of Massachusetts has been changed to:

4. The activities of the corporation within the Commonwealth of Massachusetts have been changed to:

5. The date of the corporation's fiscal year end has been changed to:

6. The name and street address of the resident agent of the corporation in the Commonwealth of Massachusetts is:

7. The jurisdiction under the laws of which the corporation is organized or governed has been changed to:

8. Other:

SIGNED UNDER THE PENALTIES OF PERJURY, this __11th__ day of __July_____, 20 __02__,

X _____, *President / *Vice President,
   Glenn L. Martin

_____, *Clerk / *Assistant *Clerk or *Secretary / *Asst. Secretary.
   Michael P. Kennedy
*Delete the inapplicable words.
Note: If this amendment involves a change of name or jurisdiction, a certificate of such change issued by an officer or agency properly authorized in the state or country in which such foreign corporation is organized must be attached to this amended certificate. If such certificate is in a language other than English, a translation thereof under the oath of the translator must be attached.

Examiner

Name Approved

C
M
R.A.

P.C.

180afcc 4/5/00

804572

100 07599

# THE COMMONWEALTH OF MASSACHUSETTS

## AMENDED FOREIGN CORPORATION CERTIFICATE
(General Laws, Chapter 181, Section 4)

I hereby approve the within Amended Foreign Corporation Certificate and, the filing fee in the amount of $ __100__ having been paid, said certificate is deemed to have been filed with me this __7th__ day of __August__ 20 __02__.

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

RECEIVED AUG 07 2002 SECRETARY OF THE COMMONWEALTH CORPORATIONS DIVISION

## TO BE FILLED IN BY CORPORATION
Photocopy of document to be sent to:

Allegiance Healthcare Corporation

7000 Cardinal Place, Dublin, OH 43017

c/o Cardinal Legal Dept.

Telephone: (614) 757-5000

CSC          617 367 8314          01/06 '03 16:35 NO.662 03/05

FEDERAL IDENTIFICATION
NO. 36-4095186
Fee: $100.00

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## AMENDED FOREIGN CORPORATION CERTIFICATE
(General Laws, Chapter 181, Section 4)

We, Anthony J. Rucci, *Vice President,

and Michael P. Kennedy, *Asst. Secretary,

of ALLEGIANCE HEALTHCARE CORPORATION
(Exact name of corporation)

in compliance with the provisions of General Laws, Chapter 181, Section 4, certify that:

1. The name of the corporation has been changed to:
   CARDINAL HEALTH 200, INC.

2. The location of its principal office has been changed to:

3. The location of its local office in the Commonwealth of Massachusetts has been changed to:

4. The activities of the corporation within the Commonwealth of Massachusetts have been changed to:

5. The date of the corporation's fiscal year end has been changed to:

6. The name and street address of the resident agent of the corporation in the Commonwealth of Massachusetts is:
   Corporation Service Company   84 State Street  Boston, MA 02109

7. The jurisdiction under the laws of which the corporation is organized or governed has been changed to:

8. Other:

SIGNED UNDER THE PENALTIES OF PERJURY, this 12 day of DEC., 20 02,

Anthony J. Rucci, *Vice President,

Michael P. Kennedy, *Asst. Secretary.
*Delete the inapplicable words.

Note: If this amendment involves a change of name or jurisdiction, a certificate of such change issued by an officer or agency properly authorized in the state or country in which such foreign corporation is organized must be attached to this amended certificate. If such certificate is in a language other than English, a translation thereof under the oath of the translator must be attached.

Case 1:04-cv-12253-JLA   Document 91-6   Filed 07/06/2007   Page 9 of 11

CSC    617 367 8314    01/06 '03 16:35   NO.662   04/05



# Delaware   PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "ALLEGIANCE HEALTHCARE CORPORATION", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "CARDINAL HEALTH 200, INC.", THE SECOND DAY OF DECEMBER, A.D. 2002, AT 9 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE NOT HAVING BEEN CANCELLED OR DISSOLVED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.

Harriet Smith Windsor
Harriet Smith Windsor, Secretary of State

2610958  8320
020784699

AUTHENTICATION: 2159890

DATE: 12-19-02

CSC                617 367 8314              01/06 '03 16:35 NO.662  02/05


Cardinal Health

7000 Cardinal Place
Dublin, Ohio 43017

tel 614.757.5000
fax 01r11757.8919
www.cardinal.com

December 5, 2002

Secretary of the Commonwealth of Massachusetts
One Ashburton Place, 17th floor
Boston, Massachusetts 02108
Attn: Corporations Division

To Whom It May Concern:

Cardinal Health, Inc. is launching a new brand that aligns all our businesses behind a common name – Cardinal Health. As part of the branding conversion, we are changing the legal entity names of some of our wholly owned subsidiaries, to match the masterbrand strategy. Due to the similarity between the new legal entity names, each of the companies listed below hereby gives consent to each other to use the new names as indicated, in the state of Massachusetts:

| No. | Company* | New Name |
|-----|----------|----------|
| 1. | Allegiance Healthcare Corporation | Cardinal Health 200, Inc. |
| 2. | Bindley Western Industries, Inc. | Cardinal Health 100, Inc. |
| 3. | Cardinal Health Staffing Network, Inc. | Cardinal Health 102, Inc. |
| 4. | James W. Daly, Inc. | Cardinal Health 106, Inc. |
| 5. | Owen Healthcare, Inc. | Cardinal Health 109, Inc. |
| 6. | Pyxis Corporation | Cardinal Health 301, Inc. |
| 7. | RedKey, Inc. | Cardinal Health 411, Inc. |

* All the companies are wholly owned subsidiaries of Cardinal Health, Inc.

Thank you.

Yours sincerely,

Michael P. Kennedy
Vice President & Deputy General Counsel

G:\LEGAL\Branding Initiative - Legal Entity Name Changes\Domestic\Consent letters\Massachusetts consent letter.doc

CSC                617 367 8314            01/06 '03 16:36 NO.662  05/05

# THE COMMONWEALTH OF MASSACHUSETTS

## AMENDED FOREIGN CORPORATION CERTIFICATE
(General Laws, Chapter 181, Section 4)

I hereby approve the within Amended Foreign Corporation Certificate and, the filing fee in the amount of $ 100.— having been paid, said certificate is deemed to have been filed with me this 6 day of January 20 03.

*[signature]*

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

**FILED**

JAN 0 6 2003

SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

### TO BE FILLED IN BY CORPORATION
Photocopy of document to be sent to:

Corporation Service Company

84 State Street

Boston, MA 02109

Telephone: 617-272-9590