UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-CV-12253MLW

| | |
|---|---|
| STEVEN MCDERMOTT and STACEY MCDERMOTT, Plaintiffs<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE INC., D. PONCE, E.W. WYLIE CORPORATION, D.W. SMITH, ARSENBERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL, LORRAINE ODZANA as ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORTATION, INC., JACYLYN PALETTA as ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO, Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 16.1(D)(3)

I, Kevin M. Riordan, and I, Bob Lunneborg, certify that we have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses of litigation and we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

*[signature: Bob Lunneborg]*
Bob Lunneborg
Vice President of
Administration
E.W. Wylie Corporation
222 40th Street SW
Fargo, ND 58103
Phone: 800-437-4132
Fax: 701-281-0415

DATE: 7-5-07

*[signature]*
Kevin M. Riordan
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775

DATE: 7/9/07