UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12253MLW

| | |
|---|---|
| STEVEN MCDERMOTT and<br>STACEY MCDERMOTT,<br>    Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC.,<br>T.S. PRUITT, ALLEGIANCE HEALTH CARE<br>INC., D. PONCE, E.W. WYLIE CORPORATION,<br>D.W. SMITH, ARSENBERGER TRUCKING<br>INC. J.T. FOSBRINK, RYDER TRUCK RENTAL,<br>LORRAINE ODZANA as ADMINISTRATRIX<br>OF THE ESTATE OF JAMES J. ODZANA,<br>SHORELINE TRANSPORTATION, INC.,<br>JACYLYN PALETTA as ADMINSTRATRIX<br>OF THE ESTATE OF MARIO J. CASTRO,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

To the Clerk of the Court:

    Please enter the appearance of this firm and the undersigned, James S. Franchek, Esq. and Adam M. Berkowitz, Esq. as counsel for the Defendant, Jaclyn Paletta as Administratrix of the Estate of Mario J. Castro in the above captioned matter.

    Respectfully Submitted,
JACLYN PALETTA as
ADMINISTRATRIX of the
ESTATE OF MARIO J. CASTRO,
By her attorney,

*/s/ James S. Franchek*

James S. Franchek (BBO #177030)
Adam M. Berkowitz (BBO #648172)
Franchek Law, LLC
92 State Street, 8th Floor
Boston, Massachusetts 02109
(617) 573-0020

Dated: July 17, 2007