UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12253MLW

STEVEN MCDERMOTT and )
STACEY MCDERMOTT, )
    Plaintiffs, )
)
v. )
)
FEDEX GROUND PACKAGE SYSTEMS, INC., )
T.S. PRUITT, ALLEGIANCE HEALTH CARE )
INC., D. PONCE, E.W. WYLIE CORPORATION, )
D.W. SMITH, ARSENBERGER TRUCKING )
INC. J.T. FOSBRINK, RYDER TRUCK RENTAL, )
LORRAINE ODZANA as ADMINISTRATRIX )
OF THE ESTATE OF JAMES J. ODZANA, )
SHORELINE TRANSPORTATION, INC., )
JACYLYN PALETTA as ADMINSTRATRIX )
OF THE ESTATE OF MARIO J. CASTRO, )
    Defendants. )
)

NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of this firm and the undersigned, James S. Franchek, Esq. and Adam M. Berkowitz, Esq. as counsel for the Defendant, Jaclyn Paletta as Administratrix of the Estate of Mario J. Castro in the above captioned matter.

    Respectfully Submitted,
    JACLYN PALETTA as
    ADMINISTRATRIX of the
    ESTATE OF MARIO J. CASTRO,
    By her attorney,

Dated: July 17, 2007

    James S. Franchek (BBO #177030)
    Adam M. Berkowitz (BBO #648172)
    Franchek Law, LLC
    92 State Street, 8th Floor
    Boston, Massachusetts 02109
    (617) 573-0020