UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12253MLW

_____
)
STEVEN MCDERMOTT and )
STACEY MCDERMOTT, )
    Plaintiffs, )
v. )
)
FEDEX GROUND PACKAGE SYSTEMS, INC., )
T.S. PRUITT, ALLEGIANCE HEALTH CARE )
INC., D. PONCE, E.W. WYLIE CORPORATION, )
D.W. SMITH, ARSENBERGER TRUCKING )
INC. J.T. FOSBRINK, RYDER TRUCK RENTAL, )
LORRAINE ODZANA as ADMINISTRATRIX )
OF THE ESTATE OF JAMES J. ODZANA, )
SHORELINE TRANSPORTATION, INC., )
JACLYN PALETTA as ADMINSTRATRIX )
OF THE ESTATE OF MARIO J. CASTRO, )
    Defendants. )
_____)

## AFFIDAVIT OF JACLYN PALETTA

I, Jaclyn Paletta, being duly sworn on my own personal knowledge, do depose and state as follows:

1. I reside at 324 W. 67th Street, Cleveland, Ohio, 44102.

2. I was engaged to be married to Mario J. Castro ("Mario").

3. Mario and I had two children together Camron (age 5) and Mario, Jr. (age 3).

4. Mario passed away on April 21, 2005. At the time of his death we had been engaged for approximately ten (10) years. His death was unrelated to the accident that is the subject matter of this litigation.

5. During the entire time that we were together, Mario lived in Ohio.

6. On July 27, 2005, I was appointed administratrix of his estate.

7. At the time of his death, Mario did not own any property in Massachusetts nor did he own any during the time that we were together.


Signed under the pains and penalties of penalties of perjury this ____ day of July, 2007.


_____

Jaclyn Paletta