PROBATE COURT OF CUYAHOGA COUNTY, OHIO
JOHN J. DONNELLY, Presiding Judge
JOHN E. CORRIGAN, Judge

ESTATE OF: Mario J. Castro, DECEASED

Case Number: 2005 EST 0101764

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY
(For Executors and all Administrators)

Name of Fiduciary: Jaclyn Paletta

On hearing in open court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that:

Decedent died (check one of the following) - ☐ testate ☒ intestate - on 04/21/2005, domiciled in Cleveland, OH 44102.

(Check one of the following) - ☐ Bond is dispensed with by the Will - ☐ Bond is dispensed with by law - ☒ Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust.

The court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

John J. Donnelly
Probate Judge

07/27/2005
Date appointed

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

John J. Donnelly
Probate Judge

*Maria L. Firman*
Deputy Clerk

(Seal)

July 28, 2005
Issue Date

ES4-5 - ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY