UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEVEN MCDERMOTT and <br> STACEY MCDERMOTT <br>     Plaintiffs, <br><br> v. <br><br> FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE, INC., D. PONCE, E.W. WYLIE CORPORATION, D.W. SMITH, ARSENBERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL, LORRAINE ODZANA as ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORTATION, INC., JACLYN PALETTA as ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | DOCKET NO: 04-CV-12253 |

## MOTION OF DEFENDANTS, ARSENBERGER TRUCKING, INC. AND J.T. FOSBRINK TO DISMISS FOR LACK OF PERSONAL JURISDICTION

The defendants, Arsenberger Trucking, Inc. ("Arsenberger") and J.T. Fosbrink, hereby move pursuant to Fed. R. Civ. P. 12(b)(2) that all claims and cross-claims against them be dismissed for lack of personal jurisdiction. In support of their motion, the defendants rely upon the attached Memorandum of Law and the Affidavit of Stephen Brooks, both of which are filed herewith.

2

Respectfully submitted,

The Defendant,
ARSENBERGER TRUCKING, INC.,
By its Attorneys,

/s/Cheryl A. Enright
_____
Cheryl A. Enright, BBO No. 552237
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA  02210-1181
Tel. (617) 737-8836
Fax (617) 342-4857

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that is document filed through the EFC system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 27th day of July, 2007.

/s/Cheryl A. Enright
_____
Cheryl A. Enright, BBO No. 552237