# EXHIBIT "F"

```
                                                                    1

               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
                          -----

     STEVEN McDERMOTT,        )
                              )
              Plaintiff,      )
                              )
     and                      )  Civil Action No.:
                              )  04-CV-12253MLW
     STACY McDERMOTT,         )
                              )
              Plaintiff,      )
                              )
     vs.                      )
                              )
     FEDEX GROUND PACKAGE     )
     SYSTEMS, INC.,           )
                              )
              Defendant,      )
                              )
     and                      )
                              )
     T. S. PRUITT,            )
                              )
              Defendant.      )

                          - - - - -

            DEPOSITION OF JAMES T. FOSBRINK

                          - - - - -

     REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
     WITHOUT AUTHORIZATION FROM THE CERTIFYING
     AGENCY

                          - - - - -

                    CERTIFIED TRANSCRIPT
                       NOT AN ORIGINAL
```

2

DEPOSITION OF JAMES T. FOSBRINK

a witness herein, called by the Defendants for examination, taken pursuant to the Federal Rules of Civil Procedure, by and before Pamela J. Rose, a Professional Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania, at the Historic Summit Inn Resort, 101 Skyline Drive, Farmington, PA, on Wednesday, August 16, 2006 at 9:45 a.m.

COUNSEL PRESENT:

For the Plaintiffs:   Goguen, McLaughlin,
                      Richards & Mahaney, LLP
                      by Joseph M. Mahaney, Esq.

For the Defendants:   Campbell Campbell Edwards
                       & Conroy
                      by Michael R. Brown, Esq.

8

1  J. Fosbrink - by Mr. Brown
2  of the road and I went over the hillside to
3  keep from hitting her. There was a cop as a
4  witness there because I had the whole road
5  blocked so you couldn't get out there.
6        Q.    On February 7, 2003, which is the
7  date of this accident, do you remember where
8  you were coming from that day?
9        A.    I was coming from Pittsburgh.
10       Q.    Do you remember where you were
11 going?
12       A.    Waterbury, Connecticut.
13       Q.    How long approximately had you been
14 driving before you came upon the accident?
15       A.    Actually, I just woke up up there in
16 Lords Valley. I was sleeping there at Lords
17 Valley.
18       Q.    Where were you sleeping?
19       A.    Over at the McDonald's.
20       Q.    In the parking lot of McDonald's?
21       A.    Yeah. There's a big parking lot
22 there.
23       Q.    Do you remember what you were
24 hauling?
25       A.    I had two steel coils on.