UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12253MLW

|  |  |
|---|---|
| STEVEN MCDERMOTT, et al. | ) |
|     Plaintiffs, | ) |
| v. | ) |
| FEDEX GROUND PACKAGE SYSTEMS, INC., et al. | ) |
|     Defendants. | ) |

**DEFENDANT CARDINAL HEALTH 200, INC. f/k/a
ALLEGIANCE HEALTH CARE, INC.'S WITHDRAWAL OF ITS MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant Cardinal Health 200, Inc. f/k/a Allegiance Health Care, Inc. ("Cardinal Health 200") hereby withdraws its motion to dismiss for lack of personal jurisdiction. As counsel for Cardinal Health 200 has discovered facts which it believes are sufficient to give rise to general personal jurisdiction over Cardinal Health 200 in the Commonwealth. The accompanying motion to dismiss filed on behalf of D.Ponce, however, is not being withdrawn.

    Respectfully submitted,
    Defendant
    CARDINAL HEALTH 200, INC. F/K/A
       ALLEGIANCE HEALTHCARE, INC.
    By its attorneys,


    /s/ Michael D. Riseberg_____
    John F.X. Lawler, BBO #546910
    Michael D. Riseberg, BBO #567771
    Erica B. Mecler, BBO #664709
    **ADLER POLLOCK & SHEEHAN P.C.**
    175 Federal Street
    Boston, MA  02110
    (617) 482-0600

Dated: August 6, 2007

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on **August 6, 2007** this document is being filed through the ECF system and, accordingly, is being sent electronically to the registered participants as identified on the Notice of Electronic Filing and a paper copy will be sent to any party indicated as a non registered participant.

                                              /s/ Michael D. Riseberg
                                              Michael D. Riseberg, BBO #567771

*425259_1*