UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12253-MLW

| |
|---|
| STEVEN McDERMOTT and STACEY McDERMOTT,<br><br>      Plaintiffs<br><br>    v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE, INC., D. PONCE, E.W. WYLIE CORPORATION, D.W. SMITH ARSENBERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL, LORREAINE ODZANA as ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORATION, INC., JACYLYN PALETTA as ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO,<br><br>      Defendants |

**NOTICE OF CORRECTION OF ADDRESS**

  Notice is hereby given that the correct address for Defendant, Lorreaine Odzana, as Administratrix of the Estate of James J. Odzana's counsel is as follows:

  **CORRECT ADDRESS:**
  Michele Carlucci
  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
  155 Federal Street
  Boston, MA  02110
  (617) 422-5300

  **INCORRECT ADDRESS:**
  Michele Carlucci
  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
  177 Broad Street
  Stanford, CT 06901

87803.1

2

Dated:  August 7, 2007

Respectfully submitted,

The Defendant,
LORREAINE ODZANA, as Administratrix
of the Estate of JAMES J. ODZANA
By her attorneys,


*s/ Michele Carlucci*
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

## CERTIFICATE OF SERVICE

I, Michele Carlucci, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on August 7, 2007.

/s/ *Michele Carlucci*

2

87803.1