UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12253-MLW

| | |
|---|---|
| STEVEN McDERMOTT and<br>STACEY McDERMOTT,<br>　　　　　　　　Plaintiffs<br><br>　　　v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC.,<br>T.S. PRUITT, ALLEGIANCE HEALTHCARE,<br>INC., D. PONCE, E.W. WYLIE CORPORATION,<br>D.W. SMITH ARSENBERGER TRUCKING, INC.,<br>J.T. FOSBRINK, RYDER TRUCK RENTAL,<br>LORREAINE ODZANA as ADMINISTRATRIX OF<br>THE ESTATE OF JAMES J. ODZANA,<br>SHORELINE TRANSPORATION, INC., JACYLYN<br>PALETTA as ADMINISTRATRIX OF THE<br>ESTATE OF MARIO J. CASTRO,<br><br>　　　　　　　　Defendants | |

### NOTICE OF CONSENT TO TRIAL BY MAGISTRATE JUDGE

The Defendant, Lorreaine Odzana, as Administratrix of the Estate of James J. Odzana, consents to a trial of this matter by Magistrate Judge Joyce London Alexander.

Dated: August 8, 2007　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　The Defendant,
　　　　　　　　　　　　　　　　　　LORREAINE ODZANA, as Administratrix
　　　　　　　　　　　　　　　　　　of the Estate of JAMES J. ODZANA
　　　　　　　　　　　　　　　　　　By her attorneys,


　　　　　　　　　　　　　　　　　　*s/ Michele Carlucci*
　　　　　　　　　　　　　　　　　　Michele Carlucci, BBO #655211
　　　　　　　　　　　　　　　　　　WILSON ELSER MOSKOWITZ
　　　　　　　　　　　　　　　　　　EDELMAN & DICKER LLP
　　　　　　　　　　　　　　　　　　155 Federal Street
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　(617) 422-5300

BODOCS01 88063v.1

## **CERTIFICATE OF SERVICE**

      I, Michele Carlucci, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on August 8, 2007.

                                                         /s/ *Michele Carlucci*