UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12253-MLW

| |
|---|
| STEVEN McDERMOTT and STACEY McDERMOTT, <br>                               Plaintiffs <br><br> v. <br><br> FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE, INC., D. PONCE, E.W. WYLIE CORPORATION, D.W. SMITH ARSENBERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL, LORRAINE ODZANA as ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORATION, INC., JACYLYN PALETTA as ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO, <br><br>                               Defendants |

**LORRAINE ODZANA, AS ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA'S, MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

NOW COMES Defendant Lorraine Odzana as Administratrix of the Estate of James J. Odzana and moves to dismiss all claims and cross-claims against her pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction. In support of this motion, the Defendant submits the accompanying Memorandum of Law and supporting affidavit.

WHEREFORE, the Defendant requests that this Honorable Court dismiss all claims and cross-claims against her.

1

BODOCS01 88319v.1

Dated:  August 10, 2007                   Respectfully submitted,

                                                              The Defendant,
LORRAINE ODZANA, as Administratrix
of the Estate of JAMES J. ODZANA
By her attorneys,


*s/ Michele Carlucci*
Maynard M. Kirpalani, BBO#273940
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

## **CERTIFICATE OF SERVICE**

    I, Michele Carlucci, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on August 10, 2007.

                                                                /s/ *Michele Carlucci*

BODOCS01 88319v.1