# EXHIBIT C

```
                                                              1

            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS

                       - - - - -

   STEVEN McDERMOTT,         )
                             )
           Plaintiff,        )
                             )
   and                       ) Civil Action No.:
                             ) 04-CV-12253MLW
   STACY McDERMOTT,          )
                             )
           Plaintiff,        )
                             )
   vs.                       )
                             )
   FEDEX GROUND PACKAGE      )
   SYSTEMS, INC.,            )
                             )
           Defendant,        )
                             )
   and                       )
                             )
   T. S. PRUITT,             )
                             )
           Defendant.        )

                       - - - - -

         DEPOSITION OF JAMES T. FOSBRINK

                       - - - - -

   REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
   WITHOUT AUTHORIZATION FROM THE CERTIFYING
   AGENCY

                       - - - - -

                   ORIGINAL
```

```
                                                          5
1              J. Fosbrink - by Mr. Brown
2         A.    No.
3         Q.    I understand that you're having some
4    health issues.  Can you please describe those
5    to me?
6         A.    I got what they call Wegener's
7    granular cytosis.  Don't ask me to spell it.
8         Q.    Are you currently taking any
9    medications?
10        A.    Yes.
11        Q.    Can you please describe those?
12        A.    I take 175 milligrams of Cytoxan
13   every day, 60 milligrams of steroids, and I
14   take -- oh, I can't name them all.  I take 26
15   different pills a day.
16        Q.    Can you tell me if either your
17   medications or the Wegener's disease affects
18   your ability to testify in any way today?
19        A.    Well, the doctor says maybe yes,
20   maybe no because I got fluid on the brain.
21        Q.    To the best of your knowledge, would
22   that affect your memory?
23        A.    No.
24        Q.    I'm sure you know we are here today
25   to discuss the February 7, 2003 tractor-trailer
```

61

COMMONWEALTH OF PENNSYLVANIA)

COUNTY OF ALLEGHENY            )

    I, Pamela J. Rose, a notary public in and for the Commonwealth of Pennsylvania, do hereby certify that the witness, JAMES T. FOSBRINK, was first duly sworn to testify the truth, the whole truth, and nothing but the truth; that the foregoing deposition was taken at the time and place stated herein; and that the said deposition was recorded stenographically by me and then reduced to typewriting under my direction, and constitutes a true record of the testimony given by said witness, all to the best of my skill and ability.

    I further certify that the inspection, reading and signing of said deposition were waived by counsel for the respective parties and by the witness.

    I further certify that I am not a relative, or employee of either counsel, and that I am in no way interested, directly or indirectly, in this action.

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office this 30th day of August, 2006.

               S/Pamela J. Rose
               _____

               Pamela J. Rose