UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12253MLW

|  |  |
|---|---|
| STEVEN MCDERMOTT, et al.<br>　　Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC.,<br>et al.<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEFENDANT CARDINAL HEALTH 200, INC.
f/k/a ALLEGIANCE HEALTH CARE, INC.'S ANSWER TO DEFENDANT
FEDEX GROUND PACKAGE SYSTEM, INC.'S CROSS CLAIMS

Defendant Cardinal Health 200, Inc. f/k/a Allegiance Healthcare Corporation ("Cardinal"), which is improperly named in the Second Amended Complaint as "Allegiance Healthcare, Inc." hereby responds to the cross-claims of Defendant FedEx Ground Package System, Inc.

COUNT I
Contribution – D.Ponce

1-2.    Cardinal states that no response to paragraphs 1 and 2 is required as the count set forth therein against D. Ponce has been dismissed by the Order of the Court; to the extent any response to these allegations is required, the allegations in paragraphs 1 and 2 are denied.

COUNTS II-V

3-10.    Cardinal does not respond to the allegations contained in paragraphs 3-10 of FedEx's cross claims as they are not directed at this defendant.

## COUNT VI
### Contribution – Allegiance Healthcare

11. Cardinal denies the allegations contained in paragraph 11 of FedEx's cross-claims.

12. Cardinal denies the allegations contained paragraph 12 of FedEx's cross-claims.

**WHEREFORE,** Cardinal requests that this claim be dismissed and that it be awarded costs.

## COUNTS VII-X

13-20. Cardinal does not respond to the allegations contained in paragraphs 13-20 of FedEx's cross-claims as they are not directed at this defendant.

**DEFENDANT CARDINAL HEALTH 200, INC. f/k/a ALLEGIANCE HEALTHCARE CORP. DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

> Respectfully submitted,
> Defendant
> CARDINAL HEALTH 200, INC. F/K/A
>     ALLEGIANCE HEALTHCARE CORP.
> By its attorneys,
>
>
> /s/ Erica B. Mecler_____
> John F.X. Lawler, BBO #546910
> Michael D. Riseberg, BBO #567771
> Erica B. Mecler, BBO #664709
> **ADLER POLLOCK & SHEEHAN P.C.**
> 175 Federal Street
> Boston, MA 02110
> (617) 482-0600

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **September 5, 2007** this document is being filed through the ECF system and, accordingly, is being sent electronically to the registered participants as identified on the Notice of Electronic Filing and a paper copy will be sent to any party indicated as a non registered participant.

/s/ Erica B. Mecler
Erica B. Mecler, BBO #664709

*427321_1*