UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN MCDERMOTT and STACEY MCDERMOTT<br>    Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE, INC., D. PONCE, E.W. WYLIE CORPORATION, D.W. SMITH, ARSENBERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL, LORRAINE ODZANA as ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORTATION, INC., JACLYN PALETTA as ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO<br>    Defendants. | DOCKET NO: 04-CV-12253 |

ORDER DIRECTING SEPARATE AND FINAL
JUDGMENT IN FAVOR OF J.T. FOSBRINK

Upon consideration of the Motion for Separate and Final Judgment filed by J.T. Fosbrink, and making an express determination that there is no just reason for delay, it is now ORDERED, pursuant to Fed. R. Civ. P. 54(b), that separate and final judgment shall enter for J.T. Fosbrink, with respect to all claims against him.

_____
Magistrate Judge Joyce London Alexander

Dated: ___ / ___ / ___