UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN McDERMOTT and
STACEY McDERMOTT,
    Plaintiffs,

Civil Action No. 04-CV-12253-

v.

FEDEX GROUND PACKAGE SYSTEMS, INC.;
T.S. PRUITT; ALLEGIANCE HEALTHECARE, INC.;
D. PONCE; E. W. WYLIE CORPORATION;
D.W. SMITH; ARSENBERGER TRUCKING, INC.;
J. T. FOSBRINK; RYDER TRUCK RENTAL;
LORRAINE ODZANA as ADMINISTRATRIX OF THE
ESTATE OF JAMES J. ODZANA;
SHORELINE TRANSPORTATION, INC.; and
JACKYLN PACETTA as ADMINISTRATRIX OF THE
ESTATE OF MARIO J. CASTRO,
    Defendants.

### ORDER DIRECTING SEPARATE AND FINAL JUDGMENT IN FAVOR OF RYDER TRUCK RENTAL

Upon Consideration of the Motion for Separate and Final Judgment filed by Ryder Truck Rental (whose correct name is Ryder Truck Rental, Inc.), it is now ORDERED that, pursuant to Fed. R. Civ. P. 54(b), separate and final judgment is now entered for Ryder Truck Rental with respect to all claims against it.

_____
Magistrate Judge Joyce London Alexander

DATED: 11/6/2007