UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN MCDERMOTT and <br> STACEY MCDERMOTT <br>     Plaintiffs, <br> <br> v. <br> <br> FEDEX GROUND PACKAGE SYSTEMS, <br> INC., T.S. PRUITT, ALLEGIANCE <br> HEALTHCARE, INC., D. PONCE, E.W. <br> WYLIE CORPORATION, D.W. SMITH, <br> ARSENBERGER TRUCKING, INC., J.T. <br> FOSBRINK, RYDER TRUCK RENTAL, <br> LORRAINE ODZANA as <br> ADMINISTRATRIX OF THE ESTATE OF <br> JAMES J. ODZANA, SHORELINE <br> TRANSPORTATION, INC., JACLYN <br> PALETTA as ADMINISTRATRIX OF <br> THE ESTATE OF MARIO J. CASTRO <br>     Defendants. | DOCKET NO: 04-CV-12253 |

ORDER DIRECTING SEPARATE AND FINAL
JUDGMENT IN FAVOR OF ARSENBERGER TRUCKING, INC.

Upon consideration of the Motion for Separate and Final Judgment filed by Arsenberger Trucking, Inc., and making an express determination that there is no just reason for delay, it is now ORDERED, pursuant to Fed. R. Civ. P. 54(b), that separate and final judgment shall enter for Arsenberger Trucking, Inc., with respect to all claims against it.

_____
Magistrate Judge Joyce London Alexander

Dated: 11 / 6 / 07