UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-12253JLA

STEVEN MCDERMOTT and )
STACEY MCDERMOTT, )
    Plaintiffs, )
)
v. )
)
FEDEX GROUND PACKAGE SYSTEMS, INC., )
T.S. PRUITT, ALLEGIANCE HEALTH CARE )
INC., D. PONCE, E.W. WYLIE CORPORATION, )
D.W. SMITH, ARSENBERGER TRUCKING )
INC. J.T. FOSBRINK, RYDER TRUCK RENTAL, )
LORRAINE ODZANA as ADMINISTRATRIX )
OF THE ESTATE OF JAMES J. ODZANA, )
SHORELINE TRANSPORTATION, INC., )
JACLYN PALETTA as ADMINSTRATRIX )
OF THE ESTATE OF MARIO J. CASTRO, )
    Defendants. )
)

## ORDER FOR ENTRY OF SEPARATE AND FINAL JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 54(b) IN FAVOR OF DEFENDANT AND DEFENDANT-IN-CROSSCLAIM, JACLYN PALETTA

IT IS HEREBY ORDERED pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that separate and final judgment is now entered in favor of Defendant and Defendant-in-Crossclaim, Jaclyn Paletta, as Administratrix of the Estate of Mario J. Castro, with respect to all claims asserted by the Plaintiffs, Steven McDermott and Stacey McDermott, as well as the crossclaims asserted by the Defendant/Plaintiff-in-Crossclaim, FedEx Ground Package Systems, Inc.

Dated: November 6, 2007

_____
Alexander, J.

1