UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12253-MLW

| |
|---|
| STEVEN McDERMOTT and STACEY McDERMOTT, <br>                          Plaintiffs <br> <br> v. <br> <br> FEDEX GROUND PACKAGE SYSTEMS, INC., T.S. PRUITT, ALLEGIANCE HEALTHCARE, INC., D. PONCE, E.W. WYLIE CORPORATION, D.W. SMITH ARSENBERGER TRUCKING, INC., J.T. FOSBRINK, RYDER TRUCK RENTAL, LORRAINE ODZANA as ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA, SHORELINE TRANSPORATION, INC., JACYLYN PALETTA as ADMINISTRATRIX OF THE ESTATE OF MARIO J. CASTRO, <br> <br>                          Defendants |

**LORRAINE ODZANA, AS ADMINISTRATRIX OF THE ESTATE OF JAMES J. ODZANA'S, MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT**

NOW COMES Defendant Lorraine Odzana as Administratrix of the Estate of James J. Odzana ("Defendant Odzana") and moves this Honorable Court pursuant to Fed. R. Civ. P. 54(b) to enter separate and final judgment in favor of Defendant Odzana. In support of this motion, the Defendant submits the accompanying Memorandum of Law and supporting affidavit.

WHEREFORE, the Defendant requests that this Honorable Court enter separate and final judgment in favor of Defendant Odzana with respect to all claims against Defendant Odzana.

1

104583.1

Dated:  November 26, 2007

Respectfully submitted,

The Defendant,
LORRAINE ODZANA, as Administratrix
of the Estate of JAMES J. ODZANA
By her attorneys,

*s/ Michele Carlucci*
Maynard M. Kirpalani, BBO#273940
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

## CERTIFICATE OF SERVICE

I, Michele Carlucci, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on November 26, 2007.

/s/ *Michele Carlucci*

2

104583.1