## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN McDERMOTT, <br> STACEY MCDERMOTT <br> Plaintiffs, <br><br> vs. <br><br> FEDEX GROUND PACKAGE <br> SYSTEM, INC., et al. <br> Defendants | Civil Action No.: 04-CV-12253 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice, without interest and without costs against all defendants. All rights of appeal are waived.

| | |
|---|---|
| The Defendants <br> FedEx Ground Package System, Inc. <br> and T.S. Pruitt <br> By Their Attorneys, | The Defendants <br> Cardinal Health 200, Inc. F/K/A <br> Allegiance Healthcare, Inc. <br> Cardinal Health, Inc. And <br> Damian Ponce <br> By Their Attorney, |
| /s/ Adam A. Larson | /s/ Michael D. Riseberg |
| James M. Campbell (BBO # 541882) <br> Adam A. Larson (BBO# 632634) <br> One Constitution Plaza <br> Boston, MA 02129 <br> (617) 241-3000 | Michael D. Riseberg, BBO#567771 <br> Adler, Pollock & Sheehan, PC <br> 175 Federal Street <br> Boston, MA  02110 <br> (617) 482-0600 |
| The Defendants <br> Arsenberger Trucking, Inc. <br> and J.T. Fosbrink <br> By their Attorney, | The Defendants <br> E.W. Wylie Corporation and <br> D.W. Smith <br> By Their Attorneys, |
| /s/ Cheryl A. Enright | /s/ Kevin M. Riordan |

Cheryl A. Enright, BBO#552237
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

The Defendants
Shoreline Transportation And
Jaclyn Paletta as Administratrix of
The Estate of Mario J. Castro
By Their Attorneys,

/s/ Adam A. Berkowitz
_____
James S. Francheck
Adam M. Berkowitz
Franchek Law, LLC
92 State Street, 8th Floor
Boston, MA 02109
(617) 573-0020

The Defendants
Ryder Truck Rental, Inc.
Lorraine Odzana, Administratrix of The
Estate Of James J. Odzana, And Hospital
Central Services, Inc.
By Their Attorney,

/s/ Scott J. Tucker
_____
Scott J. Tucker, BBO#503940
Tucker, Heifetz & Saltzman
100 Franklyn Street
Boston, MA 02110
(617) 557-9696

Kevin M. Riordan, BBO#652785
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02127
(617) 451-2000

The Defendant
Lorraine Odzana
By Her Attorneys,

/s/ Michelle Carlucci
_____
Maynard M. Kirpalani, BBO#273940
Michelle Carlucci, BBO#655211
Wilson, Elser, Moskowitz, Edelman &
  Dicker LLP
260 Franklin Street, 14th Floor
Boston, MA 02110
(617) 422-5300

The Plaintiffs
Steven McDermott
Stacey McDermott
By Their Attorneys,

/s/ Joseph M. Mahaney
_____
Joseph M. Mahaney
Goeguen, McLaughlin, Richards &
Mahaney, P.C.
The Harrier Beecher Stowe House
Two Pleasant Street
South Natick, MA 01760
(508) 651-1000

/s/ Howard M. Kahalas
_____
Howard M. Kahalas
Michael P. Welsh
Law Office of Howard M. Kahalas
Six Beacon Street, Suite 700
Boston, MA 02108
(617)-523-1155

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served on counsel of record by Lexis-Nexis and by First Class Mail on June 4, 2008.

                                                            _____
                                                            Adam A. Larson